So Ordered.

Signed this 16 day of December, 2024.



*Wendy A. Kinsella*

_____

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Crucible Industries LLC,[1] | ) Case No. 24-31059 (WAK) |
| Debtor. | ) |

**ORDER REDUCING TIME FOR THE MOTION FOR ENTRY OF ORDERS: (A)(I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE PROPOSED SALE, IN ONE OR MORE LOTS, OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, (II) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (IV) APPROVING STALKING HORSE ASSET PURCHASE AGREEMENT; (B)(I) AUTHORIZING AND APPROVING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND (II) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) GRANTING RELATED RELIEF**

Upon the *Omnibus Application for Entry of an Order Reducing Time for Notice of First Day Motions* dated December 12, 2024 [Docket No. 14] (the "Application")[2] filed by Crucible

---

[1] The last four digits of the Debtor's federal tax identification number are (9794).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

18849998.v1

Industries LLC, the above-captioned debtor and debtor in possession ("Crucible" or, the "Debtor"); and the Declaration of Charles J. Sullivan, Esq. dated December 12, 2024 filed in support of the Application (the "Sullivan Declaration"); and upon the *Declaration of John Shiesley In Support of Chapter 11 Petition and First Day Motions* [Docket No. 15]; and upon *Motion for Entry of Orders: (A)(I) Approving Bidding Procedures in Connection with the Proposed Sale, In One or More Lots, of Substantially All of the Debtor's Assets, (II) Scheduling an Auction and Hearing to Consider the Sale, (III) Approving the Form and Manner of Notice Thereof, and (IV) Approving Stalking Horse Asset Purchase Agreement; (B)(I) Authorizing and Approving the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (II) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 13] (the "Sale Motion"); and the court having held a Bankruptcy Code section 105(a) status conference on December 13, 2024 (the "Status Conference"); and the Debtor having requested a hearing on the Sale Motion on an expedited basis as set forth at the Status Conference to consider entry of the Bidding Procedures Order (as defined in the Sale Motion); and a certificate of service evidencing service of the Sale Motion on the parties identified in paragraph 2 below having been filed on December 13, 2024 [Docket No. 22]; and upon finding that cause exists for reducing the period required for notice of the Sale Motion and scheduling a hearing to consider the Sale Motion on an expedited basis; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. A hearing to consider entry of the Bidding Procedures Order as requested in the Sale Motion (the "Bid Procedures Hearing") shall be held on December 19, 2024 at 1:00 p.m. (prevailing Eastern Time), or as soon thereafter as counsel may appear and be heard, before the

18849998.v1

Honorable Wendy A. Kinsella, Chief United States Bankruptcy Judge for the Northern District of New York, at the United States Bankruptcy Court, Northern District of New York, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York. Any party wishing to appear at the Sale Motion Hearing may do so in person or by telephone using the following dial-in number:  315-691-0477; and Conference ID: 932081324#.

2.      Service of a copy of this Order shall be deemed good and sufficient, and no further notice of the Bid Procedures Hearing shall be required, if transmitted to: (i) the Office of the United States Trustee for the Northern District of New York, (ii) KeyBank National Association, (iii) CX Industries LLC, (iv) New York Urban Development Corporation d/b/a Empire State Development; (v) the Debtor's twenty largest unsecured creditors, and (vi) all required governmental agencies by electronic or first class mail no later than the end of December 16, 2024.

3.      All rights of any interested party, including without limitation, the Office of the United States Trustee for the Northern District of New York, are reserved, including without limitation, any right to object to the relief sought in the Sale Motion.

# # #