UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Crucible Industries LLC,[1]

                Debtor.

Chapter 11

Case No. 24-31059 (WAK)

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to pursuant to Sections 102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and LBR 9010-1, James Henderson of Thompson Hine LLP hereby appears in the above-captioned chapter 11 proceeding as attorney for KeyBank National Association and requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case should be given to and served upon:

James Henderson
THOMPSON HINE LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114-1291
Office: 216.566.5731
Fax: 216.566.5800
*James.Henderson@thompsonhine.com*

---

[1] The last four digits of the Debtor's federal tax identification number are (9794).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices of papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** the undersigned also requests to be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in this case.

[*Space intentionally left blank*]

Dated:  December 23, 2024                    Respectfully submitted,

*/s/ James Henderson*
James Henderson
**THOMPSON HINE LLP**
3900 Key Center, 127 Public Square
Cleveland, OH 44114-1291
Office: 216.566.5731
Fax: 216.566.5800
        -and-
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
*James.Henderson@thompsonhine.com*

*Attorney for KeyBank National Association*