**Fill in this information to identify the case:**

Debtor name    Crucible Industries LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    24-31059-5

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 8, 2025      **X** /s/ John Shiesley
                                        Signature of individual signing on behalf of debtor

                                            John Shiesley
                                            Printed name

                                            President
                                            Position or relationship to debtor

Debtor name    Crucible Industries LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    24-31059-5

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................    $                    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $            27,937,761.79

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................    $            27,937,761.79

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $            21,433,992.90

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $                    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$            11,273,768.13

4.    Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b                    $            32,707,761.03

Debtor name    Crucible Industries LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    24-31059-5

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $1,678.27 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | KeyBank National Association | Cash Collateral Account | 7455 | $0.00 |
| 3.2. | KeyBank National Association | Operating | 8537 | $0.00 |
| 3.3. | KeyBank National Association | Accounts Payable Account | 7894 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,678.27

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:      3,536,031.77      -      0.00      = ....      $3,536,031.77
                          face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      189,903.76      -      0.00      = ....      $189,903.76
                          face amount            doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                  $3,725,935.53
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Miscellaneous raw materials including, but not limited to, silicon, carbon, nitrovan, moly oxide, copper, calsil wire, sulfur wire, alloy, tri metal, iron anode and other related raw materials | August 2024 | $7,705,923.65 | Recent cost | $7,705,923.65 |
| 20. | **Work in progress** Work in Progress inventory including, but not limited to, CPM powder, billet/bloom, ingot, CPM cans, CPM stainless bars, and other related work in progress inventory | August 2024 | $9,749,768.52 | Standard cost | $9,749,768.52 |
| 21. | **Finished goods, including goods held for resale** | | | | |

**22.  Other inventory or supplies**
      Supplies and spare parts       August 2024        $2,292,035.63    Recent cost         $2,292,035.63

---

**23.  Total of Part 5.**                                                              | $19,747,727.80 |
      Add lines 19 through 22.  Copy the total to line 84.

**24.  Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☐ No
      ■ Yes. Book value    203,231.00   Valuation method    Recent cost    Current Value    203,231.00

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☐ No
      ■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No.  Go to Part 8.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** Miscellaneous office furniture, equipment and fixtures, including, but not limited to, air conditioners, office furniture, sprinkler alarm system, fiber optic local area network system, motorola two way radios, hardware and fiber for network system, telephone system, computers, printers, conveyor vacuum tube system, mailing and postage machine, and plant power demand system, sanitary sewer flow monitoring equipment | $81,815.71 | Net Book Value | $81,815.71 |

**41.  Office equipment, including all computer equipment and
      communication systems equipment and software**

**42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**                                                              | $81,815.71 |
      Add lines 39 through 42.  Copy the total to line 86.

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:       Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Gradall Lifting Fork Truck | $0.00 | Net Book Value | $0.00 |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Miscellaneous machinery and equipment,<br>including, but not limited to, hydraulic system<br>upgrades; mill power control center; fork<br>positioner; belt sanders; monorail for maintenance<br>hoist; generator carbon systems; roller hearth<br>runway; rockford milling machines; demagnetizer;<br>lasermike guards and signode banding machine | $4,380,604.48 | Net Book Value | $4,380,604.48 |

51.   **Total of Part 8.**                                                                                      $4,380,604.48
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:       Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1.   Lease for real property located at 575 State Fair Boulevard, Solvay, New York 13209 from Syracuse Real Estate LLC | Leasehold Interest | $0.00 | | Unknown |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| $0.00 |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Schedule 1 | $0.00 | | Unknown |
| 61.   **Internet domain names and websites**<br>cscdm.com | Unknown | | Unknown |
| crucible.com | Unknown | | Unknown |
| cruciblematerials.com | Unknown | | Unknown |
| cruoffice.com | Unknown | | Unknown |
| crumetals.com | Unknown | | Unknown |
| crucibleservice.com | Unknown | | Unknown |
| cruciblesteel.com | Unknown | | Unknown |

| crucibleindustries.com | Unknown | Unknown |
| cpmsteel.com | Unknown | Unknown |
| cpmtoolsteel.com | Unknown | Unknown |

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,678.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,725,935.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $19,747,727.80 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $81,815.71 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,380,604.48 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $27,937,761.79 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $27,937,761.79 |

Schedule A/B - List of Patents and Trademarks

| Country | Title | App. Number | Patent Number | Exp. Date | Status |
|---|---|---|---|---|---|
| United States | Corrosion and Wear Resistant Alloy | 11/598,082 | 7288157 | 5/9/2025 | Patented |
| China | Corrosion and Wear Resistant Alloy | 200610080137.8 | 1861826 | 5/9/2026 | Patented |
| Hong Kong | Corrosion and Wear Resistant Alloy | 07100385.6 | 1095164 | 5/9/2026 | Patented |
| Japan | Corrosion and Wear Resistant Alloy | 2006-130432 | 5165211 | 5/9/2026 | Patented |
| Canada | Cold-Work Tool Steel Article | 2603591 | 2603591 | 1/22/2027 | Patented |
| Mexico | Cold-Work Tool Steel Article | 2007/011887 | 277258 | 9/26/2027 | Patented |
| Taiwan | Cold-Work Tool Steel Article | 96135926 | 434943 | 9/26/2027 | Patented |
| Austria | Cold-Work Tool Steel Article | 07253844.0 | 546559 (EP 1905858) | 9/27/2027 | Patented |
| Belgium | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/27/2027 | Patented |
| EPO | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/27/2027 | Patented |
| Finland | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/27/2027 | Patented |
| France | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/27/2027 | Patented |
| Germany | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/27/2027 | Patented |
| Poland | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/27/2027 | Patented |

| Country | Title | Application Number | Patent Number | Date | Status |
|---|---|---|---|---|---|
| Portugal | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/27/2027 | Patented |
| Spain | Cold-Work Tool Steel Article | 07253844.0 | 2395197 (EP 1905858) | 9/27/2027 | Patented |
| Sweden | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/27/2027 | Patented |
| Turkey | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/27/2027 | Patented |
| Ukraine | Cold-Work Tool Steel Article | a2007/0702 | 89984 | 9/27/2027 | Patented |
| United Kingdom | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/27/2027 | Patented |
| India | Cold-Work Tool Steel Article | 2037/DEL/2007 | 285678 | 9/28/2027 | Patented |
| Korea | Cold-Work Tool Steel Article | 10-2007-0098259 | 1518723 | 9/28/2027 | Patented |
| China | Cold-Work Tool Steel Article | 200710163039.5 | 101397630 | 9/29/2027 | Patented |
| Czech Republic | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/29/2027 | Patented |
| Denmark | Cold-Work Tool Steel Article | 07253844.0 | 1905858 | 9/29/2027 | Patented |
| Hong Kong | Cold-Work Tool Steel Article | 09108252.7 | 1128500 | 9/29/2027 | Patented |
| Italy | Cold-Work Tool Steel Article | 07253844.0 | 502012902052915 (EP 1905858) | 9/29/2027 | Patented |
| Canada | Corrosion and Wear Resistant Alloy | 2609829 | 2609829 | 11/6/2027 | Patented |
| Taiwan | Corrosion and Wear Resistant Alloy | 96142197 | 415955 | 11/7/2027 | Patented |

| Mexico | Corrosion and Wear Resistant Alloy | 2007/013974 | 273666 | 11/8/2027 | Patented |
|---|---|---|---|---|---|
| United States | Cold-Work Tool Steel Article | 11/529,237 | 7615123 | 4/19/2028 | Patented |
| Brazil | Cold-Work Tool Steel Article | PI0704153 | PI0704153 | 5/15/2028 | Patented |

| Owner | Country | Mark | Serial # | Application Filing Date | Registration Number | Registration Date | Goods & Services | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | Argentina | CPM | 2039769 | 07/05/1996 | 2646960 | 06/19/2003 | - Molds, dies and parts for motors produced with metallurgical powders | Registered |
| Crucible Industries LLC | Australia | CPM | 712303 | 07/05/1996 | 712303 | 07/05/1996 | 6 - Powder metallurgy products in this class; common metals and their alloys | Registered |
| Crucible Industries LLC | Australia | CPM1V | 808370 | 09/24/1999 | 808370 | 09/24/1999 | 6 - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Australia | CRUCIBLE | 786859 | 07/04/1996 | 786859 | 07/04/1996 | 6 - Metals and materials, including alloys and carbon tool steels; stainless and valve steels; nonferrous metals, including titanium, titanium alloys; nickel alloys, cobalt alloys and intermetallics; none of the foregoing being manufactured by the crucible process<br>42 - Consulting services in the field of metallurgy, material sciences and materials; none of the foregoing relating to the crucible process | Registered |
| Crucible Industries LLC | Australia | CRUCIBLE CPM REX | 269876 | 07/04/1973 | 269876 | 07/04/1973 | 6 - High-speed steels and tool steels (none being stainless steel) for use in the manufacture of dies and high-speed tools | Registered |
| Crucible Industries LLC | Austria | CRUCIBLE CPM REX | AM1688/73 | 07/04/1973 | 75607 | 07/04/1973 | 06 - Unwrought and partly wrought common metals and their alloys, anchors, anvils, bells, rolled and cast building materials, and other metallic materials for railway tracks, chains, except driving chains for vehicles, cables and wires (non-electric), locksmiths' work, metallic pipes and tubes, safes and cash boxes, steel balls, horseshoes, nails and screws and other goods in non-precious metal not included in other classes, ores 07 - Machines and machine tools, motors (except for land vehicles), machine couplings and belting (except for land vehicles), large size agricultural implements, incubators | Registered |
| Crucible Industries LLC | Benelux | CPM | 598,558 | 07/03/1973 | 321903 | 07/03/1983 | - Unwrought and partially wrought common metals and their alloys and products made there from as far as they are included in Class 6; and machines (as far as they are not included in other classes) and machine tools; motors (except for vehicles); couplings and belting (except for vehicles); large size agricultural implements; incubators; machine tools and cutting tools (parts of machine tools); parts and accessories therefor in Class 7 | Registered |
| Crucible Industries LLC | Benelux | CPM 15V | 805,335 | 10/25/1993 | 541193 | 10/25/1993 | - Powder metallurgy, tool steel, and bar products | Registered |
| Crucible Industries LLC | Brazil | 15V | 819637190 | 11/18/1996 | 819637190 | 07/06/1999 | - Tool steel | Registered |
| Crucible Industries LLC | Brazil | 3V | 823505561 | 01/05/2001 | 823505561 | 07/03/2007 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Brazil | CI Logo | 830549064 | 03/18/2010 | 830549064 | 05/24/2016 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Brazil | CPM | 12523-73 | 07/06/1973 | 006814557 | 11/25/1978 | - Metals, including tool steel, steel alloys and powder metallurgy produced alloys | Registered |
| Crucible Industries LLC | Brazil | CPM 15V | 817575081 | 10/26/1993 | 817575081 | 08/08/1995 | - Bar products and tool steel | Registered |

| Owner | Country | Mark | App. No. | App. Date | Reg. No. | Reg. Date | Goods/Services | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | Brazil | CRUCIBLE | 818221500 | 12/23/1994 | 818221500 | 10/08/1996 | - Specialty steels, including stainless steels and tool steels, and superalloys and titanium-based alloys, produced by both casting and powder-metallurgy practices; clad metal products, and tubular metal products; permanent magnet alloys for use in the production of permanent magnets. | Registered |
| Crucible Industries LLC | Brazil | CRUCIBLE INDUSTRIES | 830549048 | 03/18/2010 | 830549048 | 02/05/2013 | 06 - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Brazil | REX | 12522-73 | 07/06/1973 | 006814549 | 11/25/1978 | - Metals including tool steel, steel alloys, and power metallurgy produced alloys | Registered |
| Crucible Industries LLC | Brazil | S125V | 822681480 | 05/04/2000 | 822681480 | 05/29/2007 | - Tool steel used for knives | Registered |
| Crucible Industries LLC | Brazil | S30V | 822681455 | 05/04/2000 | 822681455 | 05/29/2007 | - Tool steel used for knives | Registered |
| Crucible Industries LLC | Brazil | S35VN | 908559208 | 11/06/2014 | 908559208 | 05/23/2017 | - Tool steel | Registered |
| Crucible Industries LLC | Brazil | S90V | 822681498 | 05/04/2000 | 822681498 | 05/29/2007 | - Tool steel used for knives | Registered |
| Crucible Industries LLC | Canada | 10V | 828152 | 11/07/1996 | 503099 | 10/28/1998 | - Tool steel in the form of metal powder, round and flat bars, and sheets and plates | Registered |
| Crucible Industries LLC | Canada | 15V | 828154 | 11/07/1996 | 503096 | 10/28/1998 | - Tool steel in the form of metal powder, round and flat bars, and sheets and plates | Registered |
| Crucible Industries LLC | Canada | 1V | 1028161 | 07/20/1999 | 567392 | 09/13/2002 | - Tool steel in the form of metal powder, round bars, flat bars, sheets, plates, rods, billets and blocks | Registered |
| Crucible Industries LLC | Canada | 20CV | 1697695 | 10/10/2014 | 938467 | 05/19/2016 | - Tool steel in the form of metal powder, compacts, blooms, billets, rods, round bars, flat bars, sheets, and plates | Registered |
| Crucible Industries LLC | Canada | 3V | 833427 | 01/13/1997 | 522071 | 01/24/2000 | - Tool steel | Registered |
| Crucible Industries LLC | Canada | 420V | 1117121 | 10/01/2001 | 592737 | 10/21/2003 | - Metals and alloys, including tool steel. | Registered |
| Crucible Industries LLC | Canada | 9V | 828142 | 11/07/1996 | 503100 | 10/28/1998 | - Tool steel in the form of metal powder, round and flat bars, and sheets and plates | Registered |
| Crucible Industries LLC | Canada | CI Logo | 1472016 | 03/05/2009 | 835172 | 10/29/2012 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Canada | CPM | 828153 | 11/07/1996 | 491027 | 03/06/1998 | - Metals and alloys in powdered form | Registered |
| Crucible Industries LLC | Canada | CRUCIBLE | 412938 | 07/08/1977 | 231548 | 01/19/1979 | - Magnets, high speed steels, tool steels, superalloys, stainless steels, alloy and carbon steels, non-ferrous metals, titanium alloys, refractory metals and refractory metal alloys, in the form of blooms, billets, slabs, plates, bars, castings, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Canada | CRUCIBLE CPM REX | 365928 | 07/03/1973 | 198993 | 05/10/1974 | - Powder metallurgy produced alloys | Registered |
| Crucible Industries LLC | Canada | CRUCIBLE INDUSTRIES | 1472014 | 03/05/2009 | 835173 | 10/29/2012 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Canada | CRU-WEAR | 827478 | 10/31/1996 | 491369 | 03/13/1998 | - Tool steel; wear resistant steel in the form of billet, plate, block and bar | Registered |

| Owner | Country | Mark | Application No. | Application Date | Registration No. | Registration Date | Goods/Services | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | Canada | REX | 1058099 | 05/09/2000 | 559509 | 03/20/2002 | - Common metals and their alloys, tool steel, hand tools, hand and power operated metal cutting tools and metal bits | Registered |
| Crucible Industries LLC | Canada | REX 121 | 1000705 | 12/29/1998 | 593842 | 11/04/2003 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Canada | S30V | 1065169 | 06/28/2000 | 585706 | 07/22/2003 | - Metals and alloys, namely, tool steel in the form of metal powder, compacts, blooms, billets, rods, round bars, flat bars, sheets and plates | Registered |
| Crucible Industries LLC | Canada | S35VN | 1701513 | 12/11/2014 | 925959 | 01/14/2016 | - Tool steel | Registered |
| Crucible Industries LLC | Canada | S90V | 1065172 | 06/28/2000 | 585736 | 07/22/2003 | - Metals and alloys, namely, tool steel in the form of metal powder, compacts, blooms, billets, rods, round bars, flat bars, sheets and plates | Registered |
| Crucible Industries LLC | Chile | CPM | 348328 | 07/05/1996 | 1240676 | 03/25/1997 | - Powder metallurgy products, all products in Class 6 | Registered |
| Crucible Industries LLC | Chile | CRUCIBLE | 355475 | 09/16/1996 | 1255759 | 08/26/1997 | - Metals and materials, including alloy and carbon tool steels; stainless and valve steels; nonferrous metals, including titanium, titanium alloys; nickel alloy, cobalt alloys, and intermetallics | Registered |
| Crucible Industries LLC | China | CI Logo | 8240019 | 04/26/2010 | 12277849 | 08/13/2016 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | China | CPM | 2000084355 | 06/14/2000 | 1609695 | 07/28/2001 | 6 - Steel alloys, cast steel, unwrought or semi-unwrought steel, steel strip, steel sheets, ferrotitanium, titanium alloys, nickel alloys, cobalt alloys, alloys of common metal, unwrought or semi-wrought common metals, powder metallurgy products | Registered |
| Crucible Industries LLC | China | CPM | 960120725 | 10/31/1996 | 1129452 | 11/21/1997 | 6 - Powder metallurgy products | Registered |
| Crucible Industries LLC | China | CPM REX | 8123091 | 03/16/2010 | 8123091 | 03/20/2011 | - Alloy steel; cast steel; steel, unwrought or semi-wrought; steel strip; steel sheets; ferrotitanium; titanium alloy; nickel alloy; cobalt alloy; alloys of common metal; common metals, unwrought or semi-wrought | Registered |
| Crucible Industries LLC | China | CPM S30V | 22047606 | 11/28/2016 | | | - Tool steel | Pending |
| Crucible Industries LLC | China | CPM S35VN | 22047607 | 11/28/2016 | | | - Tool steel | Pending |
| Crucible Industries LLC | China | CPM1V | 9900119417 | 10/09/1999 | 1527304 | 02/21/2001 | - Common metals, unwrought and semi-wrought, alloys of common metal, and tool steel | Registered |
| Crucible Industries LLC | China | CRUCIBLE INDUSTRIES | 8240017 | 04/26/2010 | 8240017 | 05/21/2012 | - Alloy and steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | China | REX 121 | 9801147467 | 12/29/1998 | 2024218 | 02/28/2003 | - Tool steel | Registered |
| Crucible Industries LLC | Czech Republic | CPM 15V | 134465 | 07/15/1998 | 220934 | 10/27/1999 | - Tool steel | Registered |
| Crucible Industries LLC | Czech Republic | CPM 1V | 161218 | 11/20/2000 | 240235 | 01/25/2002 | - Tool steel | Registered |

| Owner | Country | Mark | Application No. | Application Date | Registration No. | Registration Date | Goods/Services | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | Czech Republic | CRUCIBLE | 113,000 | 07/12/1996 | 200765 | 05/26/1997 | - Metals and materials, including alloy and carbon tool steels; stainless and valve steels; nonferrous metals, including titanium, titanium alloys; nickel alloy, cobalt alloys, and intermetallics in Class 6; permanent magnets and magnet assemblies; computer software, namely, business application and financial application software in Class 9; and consulting services in the field of metallurgy, material sciences and materials, magnetic circuit design, and software design in Class 42 | Registered |
| Crucible Industries LLC | Czech Republic | REX 121 | 139397 | 01/25/1999 | 225501 | 01/25/1999 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | European Union | 10V | 153,916 | 04/01/1996 | 153,916 | 05/04/1998 | - Metals and alloys | Registered |
| Crucible Industries LLC | European Union | 15V | 153,882 | 04/01/1996 | 153,882 | 06/22/1998 | - Metals and alloys | Registered |
| Crucible Industries LLC | European Union | 1V | 1300094 | 09/07/1999 | 1300094 | 11/20/2000 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | European Union | 3V | 487,348 | 03/07/1997 | 487,348 | 12/16/1999 | - Tool steel | Registered |
| Crucible Industries LLC | European Union | 420V | 104,950 | 04/01/1996 | 104,950 | 06/18/1998 | - Metals and alloys | Registered |
| Crucible Industries LLC | European Union | 9V | 102,681 | 04/01/1996 | 102,681 | 04/01/1996 | - Metals and alloys | Registered |
| Crucible Industries LLC | European Union | CI Logo | 008952236 | 03/15/2010 | 8952236 | 09/14/2010 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip, in Class 6; and technical consulting services the field of metallurgy, in Class 42 | Registered |
| Crucible Industries LLC | European Union | CPM | 102,475 | 04/01/1996 | 102,475 | 04/24/1998 | - Metals and alloys in Class 6; and machines; and machine tools, motors and parts thereof in Class 7 | Registered |

| Owner | Region | Trademark | Appl. No. | Appl. Date | Reg. No. | Reg. Date | Goods/Services | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | European Union | CRUCIBLE | 102,558 | 04/01/1996 | 102,558 | 04/01/1996 | - Common metals and their alloys; metal building materials; transportable buildings of metal; materials of metal for railway tracks; non-electric cables and wires of common metal; ironmongery; small items of metal hardware; pipes and tubes of metal; safes; goods of common metal not included in other classes; ores; unwrought and partly wrought common metals and their alloys; tool steel, anchors, anvils, bells, rolled and cast building materials; rails and other metallic materials for railway tracks; chains (except driving chains for vehicles); cables and wires (non-electric); locksmiths' work; cash boxes; steel balls; horseshoes; nails and other screws; other goods in non-precious metal not included in other classes; and parts and fittings for all the aforesaid goods; all included in Class 6; Machines and machine tools; motors and engines (except for land vehicles); machine coupling and transmission components (except for land vehicles); agricultural implements; incubators for eggs; drilling machines; belting; and parts and fittings for all the aforesaid goods; all included in Class 7. Nautical, surveying, electric, photographic cinematographic, optical, weighing, signaling, life-saving and teaching apparatus and instruments; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus. Magnets; permanent magnets and alloys and parts and fittings for all the aforesaid goods; all included in Class 9; but not including crucibles or furnaces; Scientific and industrial research; computer programming; consulting services in the field of metallurgy and software design in Class 42 | Registered |
| Crucible Industries LLC | European Union | CRUCIBLE INDUSTRIES 1 | 00895230 1 | 03/15/2010 | 8952301 | 09/14/2010 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip, in Class 6; and technical consulting services the field of metallurgy, in Class 42 | Registered |
| Crucible Industries LLC | European Union | REX | 131,573 | 04/01/1996 | 131573 | 11/19/1999 | - Common metals and their alloys | Registered |
| Crucible Industries LLC | European Union | REX 121 | 1030311 | 12/29/1998 | 1030311 | 02/29/2000 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | European Union | S30V | 1727767 | 06/28/2000 | 1727767 | 09/17/2001 | - Metal and alloys, including tool steel | Registered |
| Crucible Industries LLC | European Union | S35VN | 13433801 | 11/05/2014 | 13433801 | 03/24/2015 | - Tool steel | Registered |
| Crucible Industries LLC | European Union | S60V | 1728559 | 06/28/2000 | 1728559 | 10/16/2001 | - Tool steel used for knives | Registered |
| Crucible Industries LLC | European Union | S90V | 1728575 | 06/28/2000 | 1728575 | 09/17/2001 | - Metal and alloys, including tool steel | Registered |
| Crucible Industries LLC | France | CPM | 1237591 | 06/02/1983 | 1237591 | 06/02/1983 | 06 - Unwrought and partially wrought common metals and their alloys and products | Registered |

| Owner | Country | Mark | Application No. | Application Date | Registration No. | Registration Date | Goods | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | France | CPM 15V | 489334 | 10/25/1993 | 93489334 | 10/25/1993 | 06 - Metallic products in bars, not included in other classes; tool steel | Registered |
| Crucible Industries LLC | Germany | 10V | 39757934.9 | 12/03/1997 | 39757934 | 02/02/1998 | - Common metals and their alloys | Registered |
| Crucible Industries LLC | Germany | 15V | 39757935.7 | 12/03/1997 | 39757935 | 02/02/1998 | - Common metals and their alloys | Registered |
| Crucible Industries LLC | Germany | 9V | 39757933.0 | 12/03/1997 | 39757933 | 02/02/1998 | - Common metals and their alloys | Registered |
| Crucible Industries LLC | Germany | CPM | 39757937.3 | 12/03/1997 | 39757937 | 02/04/1998 | - Common metals and their alloys | Registered |
| Crucible Industries LLC | Germany | CRUCIBLE CPM REX | 920,747 | 08/24/1973 | 920747 | 08/27/1973 | 6 - Unwrought and partially wrought common metals and their alloys and products included in Class 6 made there from, namely, bars, blocks, rods, sheets, tubes, wires (non-electric), ingots, blooms, billets and tool blanks 7 - Machine tools and parts therefor, including cutting edges and bits | Registered |
| Crucible Industries LLC | Germany | REX | C 13848/9a Wz | 07/15/1963 | 798491 | 07/18/1963 | - Tool steel and tool-steel alloys of all kinds and for all purposes | Registered |
| Crucible Industries LLC | Hong Kong | CPM10V | 20010043.4 | 01/09/2001 | 2002B00610 | 01/16/2002 | - Metals and common metal alloys, tool steel | Registered |
| Crucible Industries LLC | Hong Kong | CPM1V | 19991343 | 09/27/1999 | 2000B15372 | 11/22/2000 | 6 - Metals and alloys, tool steel | Registered |
| Crucible Industries LLC | Hong Kong | CPM9V | 20010043.5 | 01/09/2001 | 2002B00611 | 01/16/2002 | - Metals and common metal alloys, tool stee | Registered |
| Crucible Industries LLC | Hungary | 10V | M960392.8 | 11/27/1996 | 145757 | 11/27/1996 | - Tool steel | Registered |
| Crucible Industries LLC | Hungary | 1V | M990417.6 | 09/06/1999 | 162248 | 09/06/1999 | - Tool steel (based on priority); metals and alloys (not based on priority) | Registered |
| Crucible Industries LLC | Hungary | CPM | M960372.9 | 11/12/1996 | 145716 | 11/12/1996 | - Powder metallurgy products | Registered |
| Crucible Industries LLC | Hungary | REX 121 | M980544.2 | 12/29/1998 | 161194 | 07/06/2000 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | India | 10V | 1041917 | 09/04/2001 | 1041917 | 12/29/2005 | - Tool steels | Registered |
| Crucible Industries LLC | India | CPM1V | 880820 | 10/08/1999 | 880820 | 02/09/2018 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | India | CRUCIBLE | 345254 | 01/27/1979 | 345254 | 01/27/1979 | - Unwrought and partly wrought common metals and their alloys and products included in Class 6 and made there from | Registered |
| Crucible Industries LLC | India | CRUCIBLE CPM REX | 289443 | 07/16/1973 | 289443 | 07/16/1973 | - Unwrought and partially wrought common metals and their alloys and products included in Class 6 made therefrom | Registered |
| Crucible Industries LLC | Indonesia | 10V | D96-24029 | 12/30/1996 | IDM0000081616 | 10/14/1997 | - Tool steel | Registered |
| Crucible Industries LLC | Indonesia | 15V | D96-24028 | 10/30/1996 | IDM00008489 2 | 10/14/1997 | - Tool steel | Registered |
| Crucible Industries LLC | Indonesia | 420V | D96-25218 | 11/14/1996 | IDM00008838 | 10/17/1997 | - Tool steel | Registered |
| Crucible Industries LLC | Indonesia | CPM | D96-25213 | 11/14/1996 | IDM00010172 2 | 10/17/1997 | - Powder metallurgy products | Registered |

| Owner | Country | Mark | Serial Number | Filing Date | Registration Number | Registration Date | Goods/Services | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | Italy | CPM | 19209C/73 | 07/16/1973 | 1556090 | 05/19/1976 | 06 - Unwrought and partly wrought common metals and their alloys, anchors, anvils, bells, rolled and cast building materials; rails and other metallic materials for railway tracks; chains (except driving chains for vehicles); cables and wires (non-electric) locksmiths' work; metallic pipes and tubes; safes and cash boxes; steel balls; horseshoes; nails and screws; other goods in non-precious metal not included in other classes; ores | Registered |
| Crucible Industries LLC | Italy | CPM 15V | MI93C007327 | 10/26/1993 | 1554599 | 05/20/1996 | 06 - Bar products and tool steel | Registered |
| Crucible Industries LLC | Italy | CRUCIBLE | 2864C/73 | 12/11/1973 | 1549509 | 03/15/1976 | 07 - Machine tools and parts and accessories therefore, machine tool bits; motors (except for land vehicles); machine couplings and belting (except for land vehicles); large size agricultural implements; incubators | Registered |
| Crucible Industries LLC | Italy | REX | 59/102 | 08/12/1961 | 1459779 | 08/12/1961 | - Steels and steel alloys of all kinds and for all purposes, tubes and pipes, welding rods unwrought and partly wrought common metals and their alloys; anchors, anvils, bells, rolled and cast building materials; rails and other metallic materials for railway tracks; chains (except driving chains for vehicles); cables and wires (non-electric); locksmiths' work; metallic pipes and tubes; safes and cash boxes; steel balls; horseshoes; nails and screws and other goods in non-precious metal not included in other classes; ores | Registered |
| Crucible Industries LLC | Japan | CI Logo | 2010-018240 | 03/10/2010 | 5352493 | 09/10/2010 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip; Irons and steels; Nonferrous metals and their alloys | Registered |
| Crucible Industries LLC | Japan | CPM 10V | 2001-000671 | 01/09/2001 | 4597543 | 08/23/2002 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Japan | CPM 15V | 2001-000672 | 01/09/2001 | 4597544 | 08/23/2002 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Japan | CPM 420V | 2001-000673 | 01/09/2001 | 4597545 | 08/23/2002 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Japan | CPM S30V | 2000-077783 | 07/12/2000 | 4621513 | 11/15/2002 | - Tool steel used for knives, other irons and steels, nonferrous metals and their alloys | Registered |
| Crucible Industries LLC | Japan | CPM S90V | 2000-077785 | 07/12/2000 | 4621515 | 11/15/2002 | - Tool steel used for knives, other irons and steels, nonferrous metals and their alloys | Registered |
| Crucible Industries LLC | Japan | CRUCIBLE | S48-052127 | 03/28/1973 | 1168353 | 11/01/1975 | - Common metals and their alloys and all other goods included in Class 6 | Registered |
| Crucible Industries LLC | Japan | CRUCIBLE CPM REX | S50-88237 | 06/24/1975 | 1402373 | 12/27/1979 | - Powder metallurgy produced alloys and all other goods in this class | Registered |
| Crucible Industries LLC | Japan | CRUCIBLE INDUSTRIES | 2010-018241 | 03/10/2010 | 5411905 | 05/13/2011 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip; Irons and steels; Nonferrous metals and their alloys | Registered |
| Crucible Industries LLC | Korea - South | 15V | 96-38430 | 08/29/1996 | 430215 | 11/20/1998 | - Tool steel | Registered |
| Crucible Industries LLC | Korea - South | 420V | 96-38431 | 08/29/1996 | 393168 | 01/26/1998 | - Tool steel | Registered |

| Owner | Country | Mark | Application No. | Application Date | Registration No. | Registration Date | Goods | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | Korea - South | CI Logo | 40-2010-0017635 | 04/02/2010 | 890137 | 11/15/2011 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Korea - South | CPM | 96-29766 | 07/09/1996 | 404759 | 06/16/1998 | - Tool steel in the form of metal powder, round and flat bar, sheets and plates | Registered |
| Crucible Industries LLC | Korea - South | CPM 10V | 20000043366 | 09/15/2000 | 504788 | 10/29/2001 | - Tool steel | Registered |
| Crucible Industries LLC | Korea - South | CPM 15V | 93-37666 | 10/23/1993 | 358198 | 03/20/1997 | - Highly wear resistant tool steel for dies, punches, industrial knives, etc.; and highly wear resistant tool steel in bar form for dies, punches, industrial knives, etc. | Registered |
| Crucible Industries LLC | Korea - South | CPM 1V | 99-37451 | 10/06/1999 | 483707 | 12/18/2000 | - Tool steel | Registered |
| Crucible Industries LLC | Korea - South | CPM 9V | 20000043365 | 09/15/2000 | 504787 | 10/29/2001 | - Tool steels | Registered |
| Crucible Industries LLC | Korea - South | CRUCIBLE | 96-29257 | 07/05/1996 | 404757 | 06/16/1998 | - Stainless steel, high-speed steel, tool steel, die steel, carbon alloy steel, all the foresaid goods are in the form of bars, slabs, pipe, wire, sleet and billets, carbon tool steel, stainless, valve steel, titanium, titanium alloys, nickel alloys, cobalt alloys, intermetallics, nonferrous metals | Registered |
| Crucible Industries LLC | Korea - South | CRUCIBLE INDUSTRIES | 40-2010-0017636 | 04/02/2010 | 890106 | 11/15/2011 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Korea - South | REX | 96-29765 | 07/09/1996 | 393135 | 01/26/1998 | - Tool steel | Registered |
| Crucible Industries LLC | Korea - South | REX 121 | 98-34565 | 12/29/1998 | 460827 | 12/15/1999 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Malaysia | 10V | 97/02778 | 03/07/1998 | 97002778 | 03/07/1998 | - Tool steel | Registered |
| Crucible Industries LLC | Malaysia | 9V | 97/02206 | 02/25/1997 | 97002206 | 02/25/1997 | - Tool steels, all included in Class 6 | Registered |
| Crucible Industries LLC | Malaysia | CPM | 97/02207 | 02/25/1997 | 97002207 | 02/25/1997 | - Powder metallurgy products | Registered |
| Crucible Industries LLC | Malaysia | CPM 1V | 99/10235 | 10/13/1999 | 99010235 | 10/13/1999 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Malaysia | CRUCIBLE | 97/02208 | 02/25/1997 | 97002208 | 02/25/1997 | - Metals and materials, including alloy and carbon tool steels; stainless and valve steels; nonferrous metals, including titanium, titanium alloys; nickel alloy, cobalt alloys, and intermetallics | Registered |
| Crucible Industries LLC | Mexico | 10V | 268,253 | 07/15/1996 | 635835 | 12/10/1999 | - Tool steel | Registered |
| Crucible Industries LLC | Mexico | 1V | 390204 | 09/08/1999 | 638547 | 01/26/2000 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Mexico | CI Logo | 1073044 | 03/09/2010 | 1181706 | 09/09/2010 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Mexico | CPM | 281,856 | 12/09/1996 | 539,807 | 01/24/1997 | - Powder metallurgy products | Registered |
| Crucible Industries LLC | Mexico | CPM 15V | 181,501 | 10/26/1993 | 456,981 | 04/13/1994 | - Bar products and tool steel | Registered |
| Crucible Industries LLC | Mexico | CRUCIBLE | 107,625 | 01/21/1963 | 112,903 | 01/21/1983 | - Metals including alloy and carbon steels, non-ferrous metals including titanium, titanium alloys, refractory metals and refractory metal alloys in the form of blooms, billets, slabs, plates, bars, castings, forgings, wire, sheet and strip | Registered |

| Owner | Country | Mark | Application No. | Application Date | Registration No. | Registration Date | Goods/Services | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | Mexico | CRUCIBLE INDUSTRIES | 1073043 | 03/09/2010 | 1181705 | 09/29/2010 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Mexico | REX | 281,857 | 12/09/1996 | 650630 | 04/19/2000 | - Tool steel | Registered |
| Crucible Industries LLC | Mexico | REX 121 | 358922 | 01/04/1999 | 609078 | 04/20/1999 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Mexico | S30V | 433,664 | 06/29/2000 | 682253 | 12/20/2000 | - Metals and their alloys, including tool steel and steel for tools for use in knives | Registered |
| Crucible Industries LLC | Mexico | S35VN | 1546241 | 11/06/2014 | 1606605 | 01/25/2016 | - Tool steel | Registered |
| Crucible Industries LLC | Mexico | S60V | 443,665 | 06/29/2000 | 682254 | 12/20/2000 | - Metals and their alloys, including tool steel and steel for tools for use in knives | Registered |
| Crucible Industries LLC | Norway | CRUCIBLE | 964236 | 07/11/1996 | 183774 | 07/24/1997 | - Metals and materials, including alloy and carbon tool steels; stainless and valve steels; nonferrous metals, including titanium, titanium alloys; nickel alloy, cobalt alloys, and intermetallics in Class 6; permanent magnets and magnet assemblies; computer software, namely, business application and financial application software in Class 9; and consulting services in the field of metallurgy, material sciences and materials, magnetic circuit design, and software design in Class 42 | Registered |
| Crucible Industries LLC | Norway | REX 121 | 1998 12015 | 12/29/1998 | 209732 | 08/09/2001 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Poland | 10V | Z-164528 | 09/24/1996 | 119943 | 11/30/2000 | - Tool steel | Registered |
| Crucible Industries LLC | Poland | 1V | Z-209149 | 10/29/1999 | 146121 | 04/08/2004 | - Metals and alloys including tool steel | Registered |
| Crucible Industries LLC | Poland | CPM | Z-164529 | 09/24/1996 | 116238 | 12/14/1999 | - Powder metallurgy products | Registered |
| Crucible Industries LLC | Poland | CRUCIBLE | Z-161823 | 07/05/1996 | 111737 | 07/05/1996 | - Metals and materials, including alloy and carbon tool steels; stainless and valve steels; nonferrous metals, including titanium, titanium alloys; nickel alloy, cobalt alloys, and intermetallics in Class 6; and consulting services in the field of metallurgy, material sciences and materials, magnetic circuit design, and software design in Class 42 | Registered |
| Crucible Industries LLC | Poland | REX 121 | Z-196134 | 12/29/1998 | 136872 | 02/11/2002 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Russia | CRUCIBLE | 96709893 | 07/31/1996 | 157912 | 10/31/1997 | - Metals and materials, including alloy and carbon tool steels; stainless and valve steels; nonferrous metals, including titanium, titanium alloys; nickel alloy, cobalt alloys, and intermetallics | Registered |
| Crucible Industries LLC | Singapore | CPM | T96/0797 2D | 07/31/1996 | T96/07972D | 07/31/1996 | - Steel, unwrought and semi-wrought, including steel in a powdered form | Registered |
| Crucible Industries LLC | Singapore | CPM10V | T96/0797 0H | 07/31/1996 | T96/07970H | 07/31/1996 | - Tool steel | Registered |
| Crucible Industries LLC | Singapore | CPM15V | TT99/118 55J | 10/20/1999 | T99/11855J | 10/20/1999 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Singapore | CPM42OV | TT99/118 56I | 10/20/1999 | T99/11856I | 10/20/1999 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Singapore | CPM9V | T99/1185 8E | 10/20/1999 | T99/11858E | 10/20/1999 | - Common metals; common metals alloys; tool steel | Registered |

| Owner | Country | Mark | Application No. | Application Date | Registration No. | Registration Date | Goods/Services | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | Singapore | CRUCIBLE | T96/07087E | 07/12/1996 | T96/07087E | 07/12/1996 | - Metals and metallic materials: alloys, stainless and valve steels, nonferrous metals (not including alkaline and alkaline earth metals), including titanium, titanium alloys, nickel alloy, cobalt alloys | Registered |
| Crucible Industries LLC | South Africa | 10V | 96/09579 | 07/15/1996 | 96/09579 | 07/15/1996 | - Common metals and their alloys, including tool steel; metal building materials; transportable buildings of metal; materials of metal for railway tracks; non-electric cables and wires of common metal; ironmongery, small items of metal hardware; pipes and tubes of metal; safes; goods of common metal not included in other classes; ores | Registered |
| Crucible Industries LLC | South Africa | 15V | 96/10807 | 08/07/1996 | 96/10807 | 08/07/1996 | - Common metals and their alloys, including tool steel; metal building materials; transportable buildings of metal; materials of metal for railway tracks; non-electric cables and wires of common metal; ironmongery, small items of metal hardware; pipes and tubes of metal; safes; goods of common metal not included in other classes | Registered |
| Crucible Industries LLC | South Africa | 420V | 96/10808 | 08/07/1996 | 96/10808 | 05/18/2000 | - Common metals and their alloys, including tool steel; metal building materials; transportable buildings of metal; materials of metal for railway tracks; non-electric cables and wire of common metal; ironmongery, small items of metal hardware pipes and tubes of metal; safes; goods of common metal not included in other classes; ores | Registered |
| Crucible Industries LLC | South Africa | 9V | 96/09578 | 07/15/1996 | 96/09578 | 07/15/1996 | - Common metals and their alloys, including tool steel; metal building materials; transportable buildings of metal; materials of metal for railway tracks; non-electric cables and wires of common metal; ironmongery, small items of metal hardware; pipes and tubes of metal; safes; goods of common metal not included in other classes; ores | Registered |
| Crucible Industries LLC | South Africa | CPM | 96/09577 | 07/15/1996 | 96/09577 | 07/15/1996 | - Powder metallurgy products | Registered |
| Crucible Industries LLC | South Africa | CRUCIBLE | 96/09283 | 07/10/1996 | 96/09283 | 07/10/1996 | - Metals and materials, including alloy and carbon tool steels; stainless and valve steels; nonferrous metals, including titanium, titanium alloys; nickel alloy, cobalt alloys, and intermetallics | Registered |
| Crucible Industries LLC | Spain | CPM | 720,406 | 07/12/1973 | 720,406 | 05/05/1977 | - Unwrought and partially wrought common metals and their alloys, and goods included in this class made therefrom | Registered |
| Crucible Industries LLC | Spain | CPM 15V | 1,786,430 | 10/26/1993 | 1,786,430 | 10/26/1993 | - Bar products and tool steel | Registered |
| Crucible Industries LLC | Spain | CRUCIBLE | 569913 | 09/14/1968 | 569913 | 11/14/1977 | - Unwrought and partly wrought common metals and their alloys; anchors, anvils, bells, rolled and cast building materials; rails and other metallic materials for railway tracks; chains (except driving chains for vehicles); metallic pipes and tubes; safes and cash boxes, large and portable; steel balls; horseshoes, nails and screws; other goods in non-precious metal not included in other classes; minerals | Registered |
| Crucible Industries LLC | Spain | REX | 721,598 | 07/24/1973 | 721,598 | 05/13/1977 | - High speed tool steel | Registered |
| Crucible Industries LLC | Switzerland | 10V | 06211/1996 | 09/09/1996 | 445,988 | 08/28/1996 | - Crude and partially worked steel, particularly tool steel | Registered |

| Company | Country | Mark | Application No. | Application Date | Registration No. | Registration Date | Goods | Status |
|---|---|---|---|---|---|---|---|---|
| Crucible Industries LLC | Switzerland | 15V | 06210/1996 | 08/28/1996 | 445,987 | 08/28/1996 | - Crude and partially worked steel, particularly tool steel | Registered |
| Crucible Industries LLC | Switzerland | 420V | 06209/1996 | 08/28/1996 | 445,986 | 08/28/1996 | - Crude and partially worked steel, particularly tool steel | Registered |
| Crucible Industries LLC | Switzerland | CPM | 06188/1996 | 09/09/1996 | 438,941 | 08/28/1996 | - Goods of common metal; powder metallurgy products; powder metal pieces; complexly shaped metal parts | Registered |
| Crucible Industries LLC | Switzerland | CRUCIBLE CPM REX | 04349/1973 | 08/23/1973 | 269,968 | 08/23/1973 | 06 - Raw and partially machined common metals and their alloys, as well as products made thereof, namely bars, rods, plates, blocks, wires, cables, chains, fittings, screws, nails, tool steels, die steels and tool blanks | Registered |
| Crucible Industries LLC | Switzerland | REX | 05980/1979 | 11/20/1979 | 2P-303467 | 01/24/1920 | - Tool steel | Registered |
| Crucible Industries LLC | Taiwan | 10V | 90036695 | 09/04/2001 | 1020362 | 11/01/2002 | - Metals and alloys, including steel | Registered |
| Crucible Industries LLC | Taiwan | CI Logo | 99010540 | 03/10/2010 | 1434585 | 10/16/2010 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Taiwan | CPM | 83044834 | 07/05/1994 | 678191 | 04/16/1995 | - Metals and alloys in powdered form | Registered |
| Crucible Industries LLC | Taiwan | CPM 1V | 88080870 | 10/15/1999 | 937607 | 04/01/2001 | - Metals and alloys, including tool steel | Registered |
| Crucible Industries LLC | Taiwan | CRUCIBLE | 83044833 | 07/05/1994 | 678190 | 04/16/1995 | - Metals, including alloys and carbon steels, non-ferrous metals, including titanium, titanium alloys, refractory metals and refractory metal alloys | Registered |
| Crucible Industries LLC | Taiwan | CRUCIBLE INDUSTRIES | 99011721 | 03/17/2010 | 1443583 | 12/16/2010 | - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip | Registered |
| Crucible Industries LLC | Thailand | 9V | 466,827 | 09/25/2001 | Kor163553 | 09/25/2001 | - Common metal, unwrought or semi-wrought; alloys of common metal; and tool steels | Registered |
| Crucible Materials Corporation | Thailand | CRUCIBLE | 321,405 | 11/06/1996 | Kor71062 | 11/06/1996 | 6 - Stainless steel, high-speed steel, tool and die steel, super alloys and titanium alloys, semi-finished products in the form of ingot, bloom, billet, bar, coil and wire; and metal pipe and tubing | Registered |
| Crucible Industries LLC | United Kingdom | CRUCIBLE CPM REX | 1013490 | 06/29/1973 | 1013490 | 06/29/1973 | 6 - Tool steel and tool steel alloys | Registered |
| Crucible Industries LLC | United Kingdom | REX | 883132 | 08/16/1965 | 883132 | 08/16/1965 | - Tool steel and tool steel alloys | Registered |
| Crucible Industries LLC | United Kingdom | S35VN | 13433801 | 11/05/2014 | 13433801 | 03/24/2015 | - Tool steel | Registered |
| Crucible Industries LLC | United States | 10V | 75/099,971 | 05/07/1996 | 2,108,464 | 10/28/1997 | 006 - tool steel in the form of round bars, flat bars, sheets and plates | Registered |
| Crucible Industries LLC | United States | 15V | 75/101,035 | 05/07/1996 | 2,108,470 | 10/28/1997 | 006 - tool steel in the form of round bars, flat bars, sheets and plates | Registered |
| Crucible Industries LLC | United States | 1V | 75/754,912 | 07/20/1999 | 2,456,240 | 05/29/2001 | 006 - Tool steel in the form of { metal powder, ] round bars, flat bars, sheets, plates, [ rods, ] billets [ and blocks ] | Registered |
| Crucible Industries LLC | United States | 20CV | 86/419,190 | 10/09/2014 | 4,747,527 | 06/02/2015 | 006 - Tool steel in the form of metal powder, compacts, blooms, billets, rods, round bars, flat bars, sheets, and plates | Registered |

| Owner | Country | Mark | Serial No. / Date | Reg. No. | Reg. Date | Goods/Services | Status |
|---|---|---|---|---|---|---|---|
| CRUCIBLE INDUSTRIES LLC | United States | 3V | 75/214,527 12/17/1996 | 2,239,384 | 04/13/1999 | 006 - tool steel in the form of metal powder, round and flat bars, sheets and plates, rods and billets | Registered |
| Crucible Industries LLC | United States | 420V | 97/876,730 04/06/2023 | 7540585 | 10/22/2024 | 006 - Tool steel in the form of metal powder, compacts, blooms, rods, round bars, flat bars, sheets and plates | Registered |
| Crucible Industries LLC | United States | 4V | 85/227,672 01/27/2011 | 4,276,307 | 01/15/2013 | 006 - Tool steel in the form of compacts, blooms, billets, round bars, flat bars, sheets, and plates | Registered |
| Crucible Industries LLC | United States | 76 | 75/584,767 11/09/1998 | 2,349,641 | 05/16/2000 | 006 - tool steel in the form of round bars, flat bars, plates [, and single-point tool bits] | Registered |
| CRUCIBLE INDUSTRIES LLC | United States | 9V | 75/101,036 05/07/1996 | 2,113,562 | 11/18/1997 | 006 - tool steel in the form of round bars, flat bars, sheets and plates | Registered |
| Crucible Industries LLC | United States | CI | 77/945,819 02/26/2010 | 4,032,296 | 09/27/2011 | 006 - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip<br>042 - Technical consulting services in the field of metallurgy | Registered |
| Crucible Industries LLC | United States | CPM | 72/418,219 03/13/1972 | 969497 | 10/02/1973 | 014 - METALS AND ALLOYS IN POWDERED FORM INCLUDING RODS, BARS, BILLETS, AND THE LIKE | Registered |
| Crucible Industries LLC | United States | CPM 10V | 73/158,201 02/09/1978 | 1,119,099 | 05/29/1979 | 006 - POWDER-METALLURGY, TOOL-STEEL ARTICLES | Registered |
| Crucible Industries LLC | United States | CPM 15V | 74/383,500 04/26/1993 | 1,889,146 | 04/11/1995 | 006 - steel in powder, sheet, rod and/or billet form | Registered |
| CRUCIBLE INDUSTRIES LLC | United States | CPM REX 76 | 73/049,093 04/10/1975 | 1,043,948 | 07/20/1976 | 006 - INTERMEDIATE METAL PRODUCTS MADE FROM COMPACTED METAL POWDER-NAMELY, TOOL BITS, BILLET, BAR, AND WIRE | Registered |
| Crucible Industries LLC | United States | CRUCIBLE | 77/945,929 02/26/2010 | 4,035,716 | 10/04/2011 | 006 - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip<br>042 - Technical consulting services in the field of metallurgy | Registered |
| CRUCIBLE INDUSTRIES LLC | United States | CRUCIBLE | 72/176,715 09/11/1963 | 776052 | 09/01/1964 | 014 - METALS, INCLUDING ALLOY [ AND CARBON ] STEELS [, NON-FERROUS METALS, INCLUDING TITANIUM, TITANIUM ALLOYS, REFRACTORY METALS AND REFRACTORY METAL ALLOYS, ] IN THE FORM OF BLOOMS, BILLETS, SLABS, PLATES, BARS, [ CASTINGS, ] FORGINGS, WIRE, SHEET AND STRIP | Registered |
| Crucible Industries LLC | United States | CRUCIBLE INDUSTRIES | 77/945,884 02/26/2010 | 4,035,715 | 10/04/2011 | 006 - Alloy and tool steels, stainless steels, and valve steels in the form of blooms, billets, slabs, plates, bars, forgings, wire, sheet, and strip<br>042 - Technical consulting services in the field of metallurgy | Registered |
| Crucible Industries LLC | United States | CRU-WEAR | 75/097,093 05/01/1996 | 2,054,997 | 04/22/1997 | 006 - wear resistant steel in the form of billet, plate, block and bar | Registered |
| Crucible Industries LLC | United States | MAGNACUT | 90/618,293 04/01/2021 | 6885767 | 10/25/2022 | 006 - Tool steel for making knives | Registered |
| CRUCIBLE INDUSTRIES LLC | United States | REX | 75/801,291 09/15/1999 | 2,368,797 | 07/18/2000 | 006 - Tool steel in the form of metal powder, round bars, flat bars, sheets, plates, rods, billets, blooms, [ ingots, ] compacts [, and tool bits ] | Registered |
| Crucible Industries LLC | United States | REX 121 | 75/509,901 06/29/1998 | 2,433,895 | 03/06/2001 | 006 - tool steel in the form of round bars, flat bars and plates | Registered |
| CRUCIBLE INDUSTRIES LLC | United States | REX 20 | 75/584,771 11/09/1998 | 2,370,145 | 07/25/2000 | 006 - Tool steel in the form of [ metal powder, ] round bars, flat bars, [ sheets, ] plates, [ rods, ] and billets | Registered |

| Owner | Country | Mark | Serial No. | Filing Date | Reg. No. | Reg. Date | Goods/Services | Status |
|---|---|---|---|---|---|---|---|---|
| CRUCIBLE INDUSTRIES LLC | United States | REX 45 | 75/584,770 | 11/09/1998 | 2,370,144 | 07/25/2000 | 006 - Tool steel in the form of [ metal powder, ] round bars, [flat bars, sheets,] plates, [rods, and billets ] | Registered |
| Crucible Industries LLC | United States | REX 66 | 76/542,029 | 09/02/2003 | 2,935,760 | 03/29/2005 | 006 - Tool steel, namely, round bars, flat bars, sheets, and plates | Registered |
| Crucible Industries LLC | United States | REX 76 | 75/101,030 | 05/07/1996 | 2,174,207 | 07/21/1998 | 006 - tool steel in the form of round bars, flat bars, sheets and plates | Registered |
| CRUCIBLE INDUSTRIES LLC | United States | REX 86 | 77/556,554 | 08/27/2008 | 3,775,635 | 04/13/2010 | 006 - High speed steels in the form of round bars, flat bars, and plates | Registered |
| Crucible Industries LLC | United States | S110V | 77/556,621 | 08/27/2008 | 3,811,526 | 06/29/2010 | 006 - Tool steels in the form of [ metal powder, ] billets, [ rods, round bars, ] flat bars, plates, sheets [, and clad barrels, ] [ screws, ] [ and mill rolls ] | Registered |
| Crucible Materials Corporation | United States | S125V | 75/924,401 | 02/22/2000 | 2,895,995 | 10/19/2004 | 006 - Tool steel in the form of metal powder, compacts, blooms, billets,[ rods, round bars,] flat bars, sheets and plates used for knives | Registered |
| Crucible Industries LLC | United States | S30V | 75/924,160 | 02/22/2000 | 2,632,452 | 10/08/2002 | 006 - Tool steel in the form of metal powder, compacts, blooms, billets, rods, round bars, flat bars, sheets and plates used for knives | Registered |
| Crucible Industries LLC | United States | S35VN | 77/917,559 | 01/22/2010 | 4,488,716 | 02/25/2014 | 006 - Tool steel in the form of blooms, billets, flat bars, sheets, and plates | Registered |
| Crucible Industries LLC | United States | S45VN | 90/243,110 | 10/08/2020 | 6,809,714 | 08/02/2022 | 006 - Tool steel in the form of blooms, billets, flat bars, sheets, and plates | Registered |
| CRUCIBLE INDUSTRIES LLC | United States | S90V | 75/924,156 | 02/22/2000 | 2,716,077 | 05/13/2003 | 006 - Tool steel in the form of metal powder, compacts, blooms, [ billets, ] rods, round bars, flat bars, sheets and plates used for knives | Registered |
| Crucible Materials Corporation | Vietnam | CRUCIBLE | N-586/97 | 02/14/1997 | 27,353 | 06/25/1998 | - Metals and materials, including alloy and carbon tool steels; stainless and valve steels; nonferrous metals, including titanium, titanium alloys; nickel alloy, cobalt alloys, and intermetallics in Class 6; permanent magnets and magnet assemblies; computer software, namely, business application and financial application software design, in Class 9; and consulting services in the field of metallurgy, material sciences and materials, magnetic circuit design, and software design, in Class 42 | Registered |

Debtor name    Crucible Industries LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    24-31059-5

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | Alliance Bank, N.A. | Describe debtor's property that is subject to a lien | Unknown | Unknown |

**2.1  Alliance Bank, N.A.**
Creditor's Name

120 Madison Street, 18th Floor
Syracuse, NY 13202
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/08/13
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All equipment and personal property under Master Lease Agreement with Comsource, Inc. dated 3/8/10, including, but not limited to, 2012 Terex RT345-1XL Rough Terrain Crane

**Describe the lien**
Leasehold interest
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: Unknown
Value of collateral: Unknown

---

**2.2  Auxilior Capital Partners, Inc.**
Creditor's Name

620 W. Germantown Pike
Plymouth Meeting, PA 19462
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/31/24
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2024 Bobcat S450 Skid Steer Loader

**Describe the lien**
Leasehold interest
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: Unknown
Value of collateral: Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.
_____

---

| 2.3 | Commercial Credit Group, Inc. | | Unknown | Unknown |

Creditor's Name

400 Essjay Road
Suite 100
Buffalo, NY 14221
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Equipment lease for Grove Pickle Crane, Model RT 650E

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/4/22
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Comsource, Inc. | | Unknown | Unknown |

Creditor's Name

8104 Cazenovia Road
Manlius, NY 13104
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Various computer equipment, personal computers, laptops, software and related materials leased by Comsource, Inc. pursuant to Master Lease Agreement dated 3/8/10

**Describe the lien**
Leasehold interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/7/11
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | CX Industries, LLC | | $4,239,807.93 | $0.00 |

Creditor's Name

50 Public Square
Suite 3300
Cleveland, OH 44113
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Cash, accouts receivable, inventory, machinery, equipment and tangible and intangible personal property

**Describe the lien**
Not Perfected

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | First Insurance Funding | Describe debtor's property that is subject to a lien | $934,754.90 | Unknown |

Creditor's Name

450 Skokie Boulevard, Suite 1000
Northbrook, IL 60062-7917
Creditor's mailing address

First priority lien in the financed policies

**Describe the lien**
Unearned Premiums

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
October 2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | First Niagara Leasing, Inc. | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

725 Exchange Street, Suite 900
Buffalo, NY 14210
Creditor's mailing address

All equipment and personal property pursuant to Master Lease Agreement with Comsource, Inc. dated 3/8/10, and any amendments thereto, including, but not limited to wet abrasiview guillotine saw system, saw enclosure, saw cutting head, etc.

**Describe the lien**
Leasehold interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/11/12
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | HYG Financial Services, Inc. | | Unknown | Unknown |

Creditor's Name

P.O. Box 35701
Billings, MT 59107

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/21/22

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All leased equipment, including accessions, additions, replacements and substitutions, including insurance proceeds

**Describe the lien**
Leasehold interest

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.9 | KeyBank, N.A. | | $10,319,569.30 | Unknown |

Creditor's Name

127 Public Square
Cleveland, OH 44114-1306

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.10 | NY Urban Development Corporation | | $5,939,860.77 | $0.00 |

Creditor's Name

d/b/a Empire State Development
633 Third Avenue
New York, NY 10017

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All machinery, equipment, furniture, molds, presses, tooling, tools, jigs, fixtures, dies and related cash proceeds, blueprints, drawings and documents

**Describe the lien**
Not Perfected

_____
Creditor's email address, if known

**Date debt was incurred**
12/8/09
**Last 4 digits of account number**
9230;8940
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | PNC Equipment Finance | | Unknown | Unknown |

**Creditor's Name**

655 Business Center Drive
Horsham, PA 19044
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
4/12/19
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Bobcat S450 Skid Steer Loader, SN #AUVB14464

**Describe the lien**
Leasehold interest
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | Summit Funding Group, Inc. | | Unknown | Unknown |

**Creditor's Name**

4680 Parkway Drive
Suite 300
Mason, OH 45040
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
12/8/16
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Hyster Fortis Pneumatic Tire Forklift Model H110FT with Kubota 3.8L DOC Turbo Diesel Engine and related materials

**Describe the lien**
Leasehold interest
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its
relative
☐ Disputed
priority.
_____

---

| 2.1 3 | Susquehanna Commercial Finance, Inc. | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

2 Country View Road, Suite 300
Malvern, PA 19355

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Hyster Fortis Pneumatic Tire Forklift Model H110FT with Kubota 3.8L DOC Turbo Diesel Engine and related materials

**Describe the lien**
Leasehold interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
5/15/17
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | TCF Equipment Finance | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

11100 Wayzata Boulevard Suite 801
Minnetonka, MN 55305

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
CS744 Simultaneous Direct Reading Carbon/Sulfur Elemental Analyzer; ON736 Simultaneous Direct Reading Oxygen/Nitrgen Elemental Analyzer with Programmable Electrode Furnace; and Toyota Model 8FD45U Forktruck

**Describe the lien**
Leasehold interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
8/9/19
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | Thermo Fisher Financial Services, Inc. | | Unknown | Unknown |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

Creditor's Name

All equipment under Contract No. 2000-0007678

168 Third Avenue
Waltham, MA 02451

Creditor's mailing address

**Describe the lien**
Leasehold interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
3/31/23
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**

VFS Leasing Co.

Creditor's Name

**Describe debtor's property that is subject to a lien**
2023 Volvo L70H

Unknown    Unknown

P.O. Box 26131
Greensboro, NC 27402

Creditor's mailing address

**Describe the lien**
Leasehold interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/27/23
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$21,433,992.90

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| Thompson Hine, LLP<br>Attn: Curtis Tuggle and Jim Henderson<br>3900 Key Center, 127 Public Square<br>Cleveland, OH 44114-1291 | Line 2.9 | |

Debtor name    Crucible Industries LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    24-31059-5

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

**2.1** Priority creditor's name and mailing address

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

**2.2** Priority creditor's name and mailing address

NYS Department of Taxation & Finance
Attn: Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address

AAF International
24828 Network Place
Chicago, IL 60673-1248

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,491.66

---

**3.2** | Nonpriority creditor's name and mailing address

Abrasive-Tool Corporation
1555 Emerson Street
Rochester, NY 14606-3197

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$131,546.99

---

**3.3** | Nonpriority creditor's name and mailing address

ABS Quallity Evaluations
P.O. Box 915092
Dallas, TX 75391-5094

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4** | Nonpriority creditor's name and mailing address

ACI Controls, Inc.
10 French Road
Buffalo, NY 14227

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$520.04

---

**3.5** | Nonpriority creditor's name and mailing address

Aerospace Testing & Pyrometry
2020 Dayton Drive
Easton, PA 18040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$35,303.78

---

**3.6** | Nonpriority creditor's name and mailing address

AFCO
P.O. Box 360572
Pittsburgh, PA 15250-6572

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$7,206.10

---

**3.7** | Nonpriority creditor's name and mailing address

AIM Recycling Hamilton
9100 Henri Bourassa E Montreal-Est.
Quebec, H1E 254
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services provided

Is the claim subject to offset? ■ No ☐ Yes

$28,992.48

Name

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

AJ Machine Rebuilder
2699 Richmond Terace
Staten Island, NY 10303

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Allied Metals Corporation
2668 Lapeer Road
Auburn Hills, MI 48326

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,657.00

Allied Mineral Products, Inc.
2700 Scioto Parkway
Columbus, OH 43221

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Allison Abrasives Inc.
141 Industry Road
Lancaster, KY 40444

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,968.00

Allium US Holding LLC
15 Inverness Way E.
Englewood, CO 80112-5710

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ally
P.O. Box 380902
Minneapolis, MN 55438-0902

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,883.23

Alpha Resources Incorporated
3090 Johnson Road
Stevensville, MI 49127-0199

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.48 |
|---|---|---|---|

Alro Steel
105 Vanguard Parkway
Rochester, NY 14606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.03 |
|---|---|---|---|

Alta Material Handling
6847 Ellicott Drive
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,960.00 |
|---|---|---|---|

Amber Manufacturing, Inc.
18320 Malyn
Fraser, MI 48026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,185.74 |
|---|---|---|---|

American Express
P.O. Box 1270
Newark, NJ 07101-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Credit card charges

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,299.49 |
|---|---|---|---|

American Food & Vending Corp.
124 Metropolitan Park Drive
Liverpool, NY 13088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

American Iron & Metal Cleveland, LLC
9100 Henri Bourassa East
Montreal-EST, Quebec H1E 254
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Anderson Equipment Co.
1000 Washington Pike
Bridgeville, PA 15017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,285.74 |
|---|---|---|---|

Anthracite Industries Inc.
405 Old Main Street
Asbury, NJ 08802-1220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.76 |
|---|---|---|---|

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,300.00 |
|---|---|---|---|

Applied Technical Services
1049 Triad Court
Marietta, GA 30062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,962.50 |
|---|---|---|---|

Aquacut Inc.
909 State Fair Boulevard
Syracuse, NY 13209-1246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,273.00 |
|---|---|---|---|

Aquatrol Technologies Inc.
5905 E. Taft Road
Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,254.40 |
|---|---|---|---|

Ask Chemicals LLC
P.O. Box 645847
Cincinnati, OH 45264-5847

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163,598.60 |
|---|---|---|---|

ATI Specialty Materials
2021 McKinney Avenue
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $430.92 |
| --- | --- | --- | --- |

Automatic Appliance Service
5601 State Route 31
Suite 63
Cicero, NY 13039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

Auxilor Capital Partners Inc.
620 West Germantown Pike
Plymouth Meeting, PA 19462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,684.78 |
| --- | --- | --- | --- |

Avery Abrasives Inc.
2225 Reservoir Avenue
Trumbull, CT 06611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,714.12 |
| --- | --- | --- | --- |

AW Miller Technical Sales, Inc.
P.O. Box 69
7661 Seneca Street
East Aurora, NY 14052-0069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $99.00 |
| --- | --- | --- | --- |

Badger Meter
4545 W. Brown Deer Road
Milwaukee, WI 53223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,169.18 |
| --- | --- | --- | --- |

Ballard Construction Inc.
320 Bridge Street
Syracuse, NY 13209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

Ban-Koe Companies
9401 James Avenue South
Suite 180
Minneapolis, MN 55431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address**<br>Bankdirect Capital Finance<br>P.O. Box 660448<br>Dallas, TX 75266-0448 | **As of the petition filing date, the claim is:** *Check all that apply.*     $8,231.12<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address**<br>Battery Power Systems, Inc<br>6838 Ellicott Drive<br>East Syracuse, NY 13057 | **As of the petition filing date, the claim is:** *Check all that apply.*     $1,880.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.38** | **Nonpriority creditor's name and mailing address**<br>Belmont Metals<br>330 Belmont Avenue<br>Brooklyn, NY 11207 | **As of the petition filing date, the claim is:** *Check all that apply.*     $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.39** | **Nonpriority creditor's name and mailing address**<br>Big 4 Tire Sales and Service, Inc.<br>230 Old Bridge Street<br>East Syracuse, NY 13057 | **As of the petition filing date, the claim is:** *Check all that apply.*     $544.74<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address**<br>Blake Thermal Sales & Service, Inc.<br>4 New Park Road<br>East Windsor, CT 06088 | **As of the petition filing date, the claim is:** *Check all that apply.*     $4,991.94<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address**<br>Blast Cleaning Technologies<br>6682 W. Greenfield Avenue<br>Milwaukee, WI 53214 | **As of the petition filing date, the claim is:** *Check all that apply.*     $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address**<br>BM Buffalo<br>5586 Main Street<br>Buffalo, NY 14221 | **As of the petition filing date, the claim is:** *Check all that apply.*     $42,955.18<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560,788.80 |
|---|---|---|---|

Bodycote IMT Inc.
270 Emig Road
Emigsville, PA 17318

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,448.00 |
|---|---|---|---|

Bourn & Koch Inc.
c/o JPMorgan Chase
36856 Eagle Way
Chicago, IL 60678-1368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,302.00 |
|---|---|---|---|

Brackett Machine Co. Inc.
152 North Road
Butler, PA 16001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524.75 |
|---|---|---|---|

Brady Systems
811 North Alvord Street
Syracuse, NY 13208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,280.00 |
|---|---|---|---|

BRC Global Rolls Inc.
c/o Cash & Forge Technologies, Ltd.
89 King Street West, Dundas, Ontario
L9H 1V1, CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,090.35 |
|---|---|---|---|

Brenntag Lubricants LLC
5083 Pottsville Pike
Reading, PA 19605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,246.00 |
|---|---|---|---|

Brown & Brown of New York, Inc.
P.O. Box 745839
Atlanta, GA 30374-5839

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,500.00 |
|---|---|---|---|
| | Buffalo Tungsten Inc<br>P.O. Box 397<br>Depew, NY 14043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,574.07 |
|---|---|---|---|
| | Burns Bros Contractors<br>400 Levenworth Avenue<br>Syracuse, NY 13204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $313,341.03 |
|---|---|---|---|
| | Butler Bros.<br>200 Lisbon Street<br>Lewiston, ME 04240 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,725.00 |
|---|---|---|---|
| | Butler Fence Co.<br>536 State Fair Boulevard<br>Syracuse, NY 13204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | By-Product Industries, Inc.<br>612 Trent Avenue<br>Pittsburgh, PA 15221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | C & S Engineers, Inc.<br>P.O. Box 64366<br>Baltimore, MD 21264-4366 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Calibre Group LLC<br>707 Grant Street<br>Suite 2320<br>Pittsburgh, PA 15219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,638.00 |
|---|---|---|---|
| | CAMA Software, LLC<br>39252 Winchester Road<br>Suite 107-25B<br>Murrieta, CA 92563 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Carl J. Bush Company - USA<br>P.O. Box 82207<br>Rochester, MI 48308 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Notice only | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,565.60 |
|---|---|---|---|
| | Carmeuse Lime (Canada) Limited<br>3136B Highway 17E<br>Blind River, Ontario P0R 1B0<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,500.00 |
|---|---|---|---|
| | Casey Equipment Corp.<br>275 Kappa Drive<br>Pittsburgh, PA 15238 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,146.40 |
|---|---|---|---|
| | Cattron North America Inc.<br>655  N. River Road NW<br>Suite A<br>Warren, OH 44483 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,325.67 |
|---|---|---|---|
| | CCMA, LLC<br>867820 Reliable Parkway<br>Chicago, IL 60686 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CED Inc.<br>P.O. Box 780758<br>Philadelphia, PA 19178-0758 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Notice only | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.60 |
|---|---|---|---|

Central New York Sheet Metal
4083 New Court Avenue
Syracuse, NY 13206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,581.86 |
|---|---|---|---|

Certified Environmental Services
7280 Caswell Street
North Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,362.00 |
|---|---|---|---|

Chalmers & Kubeck, Inc.
P.O. Box 2447
150 Commerce Drive
Aston, PA 19014-0447

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,652.00 |
|---|---|---|---|

Chemalloy Company
1301 Conshohocken Road
Conshohocken, PA 19428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,867.24 |
|---|---|---|---|

Cintas Corporation
7655 Henry Clay Boulevard
Liverpool, NY 13088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  3718;4605

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,136.40 |
|---|---|---|---|

Ciotti Enterprises, Inc.
6533 Badgley Road
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CIT Technology Financing Services Inc.
P.O. Box 33076
Newark, NJ 07188-0076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.71**

Nonpriority creditor's name and mailing address

Clark Rigging & Rental Corp.
500 Ohio Street
Lockport, NY 14094

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.72**

Nonpriority creditor's name and mailing address

Clearstream Filters Inc.
57 Arnold Sayeau Drive
Delhi, Ontario  N4B 2W5
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$390.00

**3.73**

Nonpriority creditor's name and mailing address

Cleveland Electric Laboratories
1776 Enterprise Parkway
Twinsburg, OH 44087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$3,770.20

**3.74**

Nonpriority creditor's name and mailing address

CMP Sheet Metal, Inc.
360 North Midler Avenue
Syracuse, NY 13206

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$4,400.00

**3.75**

Nonpriority creditor's name and mailing address

CNA Insurance
P.O. Box 74007619
Chicago, IL 60674-7619

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance premiums

Is the claim subject to offset? ■ No ☐ Yes

$60,014.09

**3.76**

Nonpriority creditor's name and mailing address

CNY Exterminating Inc.
15 Woody Drive
West Monroe, NY 13167

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services provided

Is the claim subject to offset? ■ No ☐ Yes

$1,050.00

**3.77**

Nonpriority creditor's name and mailing address

Cole-Parmer Instrument Co.
13927 Collections Center Drive
Chicago, IL 60693-0139

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$300.09

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,426.04 |

**Nonpriority creditor's name and mailing address**
Comairco Equipment Inc.
3250 Union Road
Buffalo, NY 14227

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$61,426.04

---

**3.79 Nonpriority creditor's name and mailing address**
Commercial Credit Group
P.O. Box 60121
Charlotte, NC 28260-0121

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.80 Nonpriority creditor's name and mailing address**
Commercial Lawn & Landscape, Inc.
6083 NY-31
Cicero, NY 13039

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.81 Nonpriority creditor's name and mailing address**
Computer Packages Inc.
Attn: Accounting Department
11 N. Washington Street, Suite 300
Rockville, MD 20850

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$25,844.00

---

**3.82 Nonpriority creditor's name and mailing address**
Comsource
500 Plum Street
Suite 400
Syracuse, NY 13204

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$130,622.00

---

**3.83 Nonpriority creditor's name and mailing address**
Constellation New Energy, Inc.
100 Constellation Way, Suite 500
Baltimore, MD 21202-6302

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$354,794.16

---

**3.84 Nonpriority creditor's name and mailing address**
Core Metals Groupp LLC
P.O. Box 95764
Chicago, IL 60694-5764

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.85**

**Nonpriority creditor's name and mailing address**
Corrosion Products & Equipment Inc.
17 Powder Hill Road
Lincoln, RI 02865

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**
Couch White, LLP
540 Broadway, 7th Floor
Albany, NY 12207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $8,900.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services provided

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87**

**Nonpriority creditor's name and mailing address**
CPS Recruitment, Inc.
904 7th North Street
Liverpool, NY 13088

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**
Crouse Help People EAP
890 Seventh North Street
Suite 203
Liverpool, NY 13088

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**
Cru International Ltd.
Chancery House, 53-64 Chancery Lane
London, W2A 1QS
UNITED KINGDOM

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**
Crushed Products Inc.
320 Bridge Street
Syracuse, NY 13209

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**
CSX Transportation
c/o CSXT Property Services
P.O. Box 530181
Atlanta, GA 30353-0181

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $7,719.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Crucible Industries LLC | Case number (if known) | 24-31059-5 |
|--------|------------------------|------------------------|------------|
| | Name | | |

**3.92** Nonpriority creditor's name and mailing address

Cumberland Vacuum Products, Inc.
720 South West Boulevard
Vineland, NJ 08360

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,420.00

---

**3.93** Nonpriority creditor's name and mailing address

Custom Alloys, Inc.
1462 U.S. Route 20
Belvidere, IL 61008

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$54,327.81

---

**3.94** Nonpriority creditor's name and mailing address

Customized Energy Solutions Ltd.
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services provided

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

**3.95** Nonpriority creditor's name and mailing address

Cyber Metrics
1523 W. Wipering Wind Drive
Suite 100
Phoenix, AZ 85085

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$999.00

---

**3.96** Nonpriority creditor's name and mailing address

D & W Diesel Inc.
1503 Clark Street Road
Auburn, NY 13021-9593

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.97** Nonpriority creditor's name and mailing address

D F Brandt Inc.
8152 Kirkville Road
Kirkville, NY 13082-9719

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.98** Nonpriority creditor's name and mailing address

David Gardner
1690 Rowley Jerome Road
Fabius, NY 13063

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,230.00 |
|---|---|---|---|

David L Ellis Co. Inc.
310 Old High Street
P.O. Box 592
Acton, MA 01720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $360.00 |
|---|---|---|---|

Davis-Ulmer, Inc.
P.O. Box 412007
Boston, MA 02241-2007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,816.30 |
|---|---|---|---|

Dell Marketing, LP
2300 West Plano Parkway
Plano, TX 75075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Delmar Everson
c/o Melvin & Melvin
217 South Salina Street
Syracuse, NY 13202

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Labor dispute

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Delta Dental of New York, Inc.
150 E. 58th Street
New York, NY 10155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,508.00 |
|---|---|---|---|

Deluxe Home and Office Cleaning
428 South Main Street
Suite 101
North Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21,169.28 |
|---|---|---|---|

Dematic Corp.
684125 Network Place
Chicago, IL 60673-1684

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.106**

**Nonpriority creditor's name and mailing address**
DGI Supply
P.O. Box 200068
Dallas, TX 75320-0068

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$465.55

---

**3.107**

**Nonpriority creditor's name and mailing address**
Digi-Key Electronics
701 Brooks Avenue South
Thief River Falls, MN 56701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.108**

**Nonpriority creditor's name and mailing address**
Dival Safety Equipment Inc.
1721 Niagara Street
Buffalo, NY 14207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$17,639.80

---

**3.109**

**Nonpriority creditor's name and mailing address**
DK Associates Co.
710 McKnight Park Drive
Pittsburgh, PA 15237

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$97,500.00

---

**3.110**

**Nonpriority creditor's name and mailing address**
Dominion Nickel Alloys
834 Appleby Line
Burtlington, Ontgario L7L 2Y7
CANADA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$85,799.80

---

**3.111**

**Nonpriority creditor's name and mailing address**
Dox Electronics, Inc.
105 College Avenue
Rochester, NY 14607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112**

**Nonpriority creditor's name and mailing address**
Dun & Bradstreet
P.O. Box 931197
Atlanta, GA 31193-1197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services provided

Is the claim subject to offset? ■ No ☐ Yes

$7,308.09

---

---

**3.113**

**Nonpriority creditor's name and mailing address**
E3 Diagnostics Inc.
3333 N. Kennicott Avenue
Attn:  Accounts Receivable
Arlington Heights, IL 60004-1429

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$507.36

---

**3.114**

**Nonpriority creditor's name and mailing address**
Echelon Supply and Service
Box 8000
Department 921
Buffalo, NY 14267-0002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$4,215.96

---

**3.115**

**Nonpriority creditor's name and mailing address**
Element Materials Technology
P.O. Box 780389
Philadelphia, PA 19178-0389

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$480.00

---

**3.116**

**Nonpriority creditor's name and mailing address**
ELG Metals Inc.
369 River Road
McKeesport, PA 15132

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$51,250.00

---

**3.117**

**Nonpriority creditor's name and mailing address**
Ellwood Engineered Castings
7158 Hubbard Masury Road
Hubbard, OH 44425

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$127,725.00

---

**3.118**

**Nonpriority creditor's name and mailing address**
Ellwood National Steel
1 Front Street
Irvine, PA 16329

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$230,049.43

---

**3.119**

**Nonpriority creditor's name and mailing address**
Emerson Oil Co., Inc.
545 Lyell Avenue
Rochester, NY 14606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,511.24 |
|---|---|---|---|

Empire Hydraulics & Machine, LLC
13428 Victory Lane
Adams Center, NY 13606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,449.40 |
|---|---|---|---|

Endurance Metals
1300 Rose City Boulevard
Richmond, IN 47374

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,990.00 |
|---|---|---|---|

Erie Copper Works LLC
230 N. State Road
Medina, OH 44256

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,470.00 |
|---|---|---|---|

Ervin Industries Inc.
681 E. Butler Road
Butler, PA 16002

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,211.00 |
|---|---|---|---|

Estabrook Corp.
P.O. Box 804
Berea, OH 44017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.88 |
|---|---|---|---|

Evident Scientific
Dept. 3595
P.O. Box 123595
75312-3595

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,364.56 |
|---|---|---|---|

Evoqua Water Technologies
28563 Network Place
Chicago, IL 60673-1285

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| | Excellus Health Plan | ☐ Contingent |
| | P.O. Box 5266 | ☐ Unliquidated |
| | Binghamton, NY 13902-5266 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $2,372.00 |
| | Fabris Inc. | ☐ Contingent |
| | 1216 South Service Road | ☐ Unliquidated |
| | Stoney Creek, Ontario L8E 5C4 | ☐ Disputed |
| | CANADA | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| | Fidelity Investments | ☐ Contingent |
| | Institutional Operations Company, Inc. | ☐ Unliquidated |
| | P.O. Box 73307 | ☐ Disputed |
| | Chicago, IL 60673-7307 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $8,490.13 |
| | Filtersource.Com, Inc. | ☐ Contingent |
| | 228 Park Avenue South | ☐ Unliquidated |
| | PMB39157 | ☐ Disputed |
| | New York, NY 10003-1502 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $41,960.00 |
| | Firley, Moran, Freer & Eassa | ☐ Contingent |
| | 125 E. Jefferson Street | ☐ Unliquidated |
| | Suite 920 | ☐ Disputed |
| | Syracuse, NY 13202 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services provided |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| | First Insurance Funding Corp. | ☐ Contingent |
| | 450 Skokie Boulevard | ☐ Unliquidated |
| | Suite 1000 | ☐ Disputed |
| | Northbrook, IL 60062-7917 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| | First Reliance Standard - Vision | ☐ Contingent |
| | P.O. Box 650804 | ☐ Unliquidated |
| | Dallas, TX 75265-0804 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,513.56 |
|---|---|---|---|

Flex Hose Company
4560 Buckley Road
Liverpool, NY 13088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Fradon Lock Co., Inc.
467 Burnett Avenue
Syracuse, NY 13203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,750.00 |
|---|---|---|---|

Francisco Machine and Design
5077 Webster Mile Drive
Syracuse, NY 13215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Franklin Bronze Plaques
4201 US 322 West
Franklin, PA 16323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $329,088.41 |
|---|---|---|---|

FRC Global Inc.
1000 N. West Street
Suite 3008
Wilmington, DE 19801-1050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,443.25 |
|---|---|---|---|

Fulton Tool Company, Inc.
802 West Broadway
Fulton, NY 13069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,728.47 |
|---|---|---|---|

FW Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address**<br>G.O. Carlson, Inc. d/b/a Electralloy<br>175 Main Street<br>Oil City, PA 16301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $302,588.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address**<br>Gartner Equipment Co.<br>302 Sand Street<br>Syracuse, NY 13204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,869.45 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address**<br>GES Graphite Inc.<br>5628 Clifford Circle<br>Birmingham, AL 35210 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $119,605.28 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address**<br>GL Power, Inc.<br>3691 Shepard Road<br>Perry, OH 44081 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Notice only<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address**<br>Gleason Salt & Supply<br>6551 Pottery Road<br>Warners, NY 13164 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,944.36 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address**<br>Glen Carbide Incorporated<br>1054 Campbells Run Road<br>Carnegie, PA 15106 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Notice only<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address**<br>Global Industrial<br>29833 Network Place<br>Chicago, IL 60673-1298 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,899.72 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.148**

**Nonpriority creditor's name and mailing address**
Grainger Inc.
Dept. 877340646
Palatine, IL 60038

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$16,968.96

---

**3.149**

**Nonpriority creditor's name and mailing address**
Graymont (PA) Inc.
375 Graymont Road
Bellefonte, PA 16823

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$5,345.36

---

**3.150**

**Nonpriority creditor's name and mailing address**
Great American Financial Services
P.O. Box 660831
Dallas, TX 75266-0831

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Arrears under lease

Is the claim subject to offset? ■ No ☐ Yes

$10,614.79

---

**3.151**

**Nonpriority creditor's name and mailing address**
Great Lakes Power Service Co.
1973 Great Lakes Way
Madison, OH 44057

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$32,329.40

---

**3.152**

**Nonpriority creditor's name and mailing address**
H & C Tool Supply Corp.
235 Mt. Read Boulevard
Rochester, NY 14611-0330

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$6,032.09

---

**3.153**

**Nonpriority creditor's name and mailing address**
H C Bainbridge Inc.
718 N. Salina Street
Syracuse, NY 13208

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154**

**Nonpriority creditor's name and mailing address**
H.F. Brown Machine Co., Inc.
P.O. Box 849
708 State Street
Utica, NY 13502

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,421.36 |

**3.155** Nonpriority creditor's name and mailing address
Hanes Supply Inc.
55 James E. Casey Drive
Buffalo, NY 14206

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $19,421.36
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** Nonpriority creditor's name and mailing address
Hannecard Roller Coatings, Inc.
1031 Lambert Streer
Barberton, OH 44203-1689

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** Nonpriority creditor's name and mailing address
Hannon Electric
1605 Waynesburg Drive S.E.
Canton, OH 44707

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $102,257.96
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** Nonpriority creditor's name and mailing address
Harbisonwalker International
24074 Network Place
Chicago, IL 60673-1240

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $203,686.72
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** Nonpriority creditor's name and mailing address
Harry Letzic Company, Inc.
P.O. Box 511
Carbondale, PA 18407

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $50,149.69
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** Nonpriority creditor's name and mailing address
Hartford Life Insurance Company
P.O. Box 660916
Dallas, TX 75266-0916

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** Nonpriority creditor's name and mailing address
Haun Welding Supply Inc.
5921 Court Street Road
Syracuse, NY 13206

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $28,846.34
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.162**

Nonpriority creditor's name and mailing address
Henry Schein Inc.
135 Duryea Road
Melville, NY 11747

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.163**

Nonpriority creditor's name and mailing address
Heraeus Electro-Nite Co.
88736 Expedite Way
Chicago, IL 60695-1700

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.164**

Nonpriority creditor's name and mailing address
Herc Rentals Inc.
P.O. Box 936257
Atlanta, GA 31193

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.165**

Nonpriority creditor's name and mailing address
How Hydronics
8512 Route 57
Baldwinsville, NY 13027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.166**

Nonpriority creditor's name and mailing address
HSA Bank
P.O. Box 939
Sheboygan, WI 53082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.167**

Nonpriority creditor's name and mailing address
HYG Financial Services, Inc.
P.O. Box 77102
Minneapolis, MN 55480-7102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.168**

Nonpriority creditor's name and mailing address
I Squared R Element Co., Inc.
12600 Clarence Center Road
P.O. Box 390
Akron, NY 14001-0390

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$5,922.00

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $94,106.25 |
| | ICD Alloys and Metals LLC | ☐ Contingent |
| | 3946 Westpoint Boulevard | ☐ Unliquidated |
| | Winston Salem, NC 27103 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | IMACRO, Inc. | ☐ Contingent |
| | 4400 Easton Commons Way | ☐ Unliquidated |
| | Suite 125 | ☐ Disputed |
| | Columbus, OH 43219 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | IMR Test Labs - Ithaca | ☐ Contingent |
| | P.O. Box 772547 | ☐ Unliquidated |
| | Detroit, MI 48277-2547 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $2,695.00 |
| | Indian Springs Mfg. Co. | ☐ Contingent |
| | P.O. Box 469 | ☐ Unliquidated |
| | Baldwinsville, NY 13027 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $54,600.00 |
| | Inductotherm Corp. | ☐ Contingent |
| | 10 Indel Avenue | ☐ Unliquidated |
| | Rancocas, NJ 08073 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | Industrial Battery & Charger, Inc. | ☐ Contingent |
| | P.O. Box 602104 | ☐ Unliquidated |
| | Charlotte, NC 28260-2104 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $94,010.00 |
| | Industrial Fabricating Corp. | ☐ Contingent |
| | 6201 East Molloy Road | ☐ Unliquidated |
| | East Syracuse, NY 13057 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,796.00 |
|---|---|---|---|

Industrial Gas Engineering Co., Inc.
P.O. Box 316
Westmont, IL 60559-0316

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Industrial Magnetics, Inc.
1385 M-75 South
Boyne City, MI 49712

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Industrial UI Services
50 Tice Boulevard
Suite A20
Woodcliff Lake, NJ 07677

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,133.60 |
|---|---|---|---|

Instron Company
75 Remittance Drive
Suite 6826
Chicago, IL 60675-6826

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,526.50 |
|---|---|---|---|

Interstate Chemical Company
P.O. Box 931412
Cleveland, OH 44193

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,656.66 |
|---|---|---|---|

Ironclad Environmental
4888 Loop Central Drive
Suite 440
Houston, TX 77081

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,767.66 |
|---|---|---|---|

J. Solotken & Company, Inc.
P.O. Box 19855
6701 English Avenue
Indianapolis, IN 46219

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Jerome Fire Equipment Co.
8721 Caughdenoy Road
Clay, NY 13041

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $599.00 |
|---|---|---|---|

Jesse Spaulding
1088 Ryan Road
Tully, NY 13159-3108

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,520.00 |
|---|---|---|---|

JPW Structural Contracting, Inc.
6376 Thompson Road
Syracuse, NY 13206

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $435.32 |
|---|---|---|---|

JR Auto Parts
104 Charles Avenue
Syracuse, NY 13209

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

JT Systems, Inc.
P.O. Box 2575
Liverpool, NY 13089-2575

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $957.00 |
|---|---|---|---|

Juno's Glass
9 Arterial E.
Auburn, NY 13021

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51,325.76 |
|---|---|---|---|

Kairos Specialty Metals Corp.
404 W. Main Street
Mount Summit, IN 47361

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.190** **Nonpriority creditor's name and mailing address**
Kathleen Funderburk
18 High Street
Brunswick, ME 04011

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

$1,800.00

---

**3.191** **Nonpriority creditor's name and mailing address**
Kendrick Rowser
206 Davis Street
East Syracuse, NY 13057

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Labor dispute

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.192** **Nonpriority creditor's name and mailing address**
Kenneth Crosby, A DXP Company
P.O. Box 840511
Dallas, TX 75284-0511

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

$311.90

---

**3.193** **Nonpriority creditor's name and mailing address**
Kepner Equipment
2365 Firehall Road
Canandaigua, NY 14424

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,358.62

---

**3.194** **Nonpriority creditor's name and mailing address**
Kimco Steel Sales Ltd.
P.O. Box 225
Fineview, NY 13640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trae debt

Is the claim subject to offset? ■ No ☐ Yes

$37,612.40

---

**3.195** **Nonpriority creditor's name and mailing address**
King Supply, Inc.
9145 King Street
Franklin Park, IL 60131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.196** **Nonpriority creditor's name and mailing address**
Konecranes Inc.
7706 Maltlage Drive
Liverpool, NY 13090

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$10,490.00

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $222.77 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Krell Distributing Co., Inc.
211 Herald Place
Syracuse, NY 13202

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$222.77

---

**Nonpriority creditor's name and mailing address** 3.198
Latrobe Specialty Metals
P.O. Box 644181
Pittsburgh, PA 15264-4181

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$68,647.75

---

**Nonpriority creditor's name and mailing address** 3.199
Leco Corporation
3000 Lakeview Avenue
Saint Joseph, MI 49085-2319

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$3,504.90

---

**Nonpriority creditor's name and mailing address** 3.200
Leggett & Platt Inc.
L & P Financial Services
P.O. Box 538385
Atlanta, GA 30353-8385

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address** 3.201
Lenick Company
Manor Oak Two - Suite 345
1910 Cochran Road
Pittsburgh, PA 15220

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address** 3.202
Lifetime Benefit Solutions, Inc.
333 Butternut Drive
Syracuse, NY 13214

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance premiums

Is the claim subject to offset? ■ No ☐ Yes

$517.00

---

**Nonpriority creditor's name and mailing address** 3.203
Liftsafe/Fuel Safe Inc.
515 East Brighton Avenue
Syracuse, NY 13210

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| 3.204 | **Nonpriority creditor's name and mailing address**<br>Lincoln Life & Annuity Company of NY<br>P.O. Box 7247-0347<br>Philadelphia, PA 19170-0347<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice only<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
|---|---|---|---|

| 3.205 | **Nonpriority creditor's name and mailing address**<br>Linde Inc. f/k/a Praxair<br>10 Riverview Drive<br>Danbury, CT 06810<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $66,897.15 |

| 3.206 | **Nonpriority creditor's name and mailing address**<br>LL-Resources GMGH<br>c/o North American Specialty Alloys<br>2585 Washington Road, Suite 130<br>Pittsburgh, PA 15241<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $25,855.56 |

| 3.207 | **Nonpriority creditor's name and mailing address**<br>Logan Chapman<br>349 West Seneca Turnpike<br>Syracuse, NY 13207<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Labor dispute<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| 3.208 | **Nonpriority creditor's name and mailing address**<br>LVR<br>P.O. Box 187<br>Northampton, PA 18067<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $45,131.00 |

| 3.209 | **Nonpriority creditor's name and mailing address**<br>Magnetic Analysis Corporation<br>103 Fairview Park Drive<br>Elmsford, NY 10523<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $68,875.00 |

| 3.210 | **Nonpriority creditor's name and mailing address**<br>Major Metals Corporation<br>2006 Tobsal Court<br>Warren, MI 48091-3797<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $86,814.44 |

**3.211**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $0.00
Malcolm G. Stevens Inc.                        ☐ Contingent
12 Progress Avenue                             ☐ Unliquidated
Tyngsboro, MA 01879                            ☐ Disputed
**Date(s) debt was incurred** _                **Basis for the claim:**  Notice only
**Last 4 digits of account number** _          Is the claim subject to offset? ■ No  ☐ Yes

**3.212**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $0.00
Manufacturers Association of CNY               ☐ Contingent
5788 Widewaters Parkway                        ☐ Unliquidated
Syracuse, NY 13214                             ☐ Disputed
**Date(s) debt was incurred** _                **Basis for the claim:**  Notice only
**Last 4 digits of account number** _          Is the claim subject to offset? ■ No  ☐ Yes

**3.213**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $1,366.22
Mark Products Enterprises Ltd.                 ☐ Contingent
3492 Court Street                              ☐ Unliquidated
Syracuse, NY 13206                             ☐ Disputed
**Date(s) debt was incurred** _                **Basis for the claim:**  Trade debt
**Last 4 digits of account number** _          Is the claim subject to offset? ■ No  ☐ Yes

**3.214**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $16,776.98
Marsh USA Inc.                                 ☐ Contingent
1717 Arch Street                               ☐ Unliquidated
Philadelphia, PA 19103                         ☐ Disputed
**Date(s) debt was incurred** _                **Basis for the claim:**  Trade debt
**Last 4 digits of account number** _          Is the claim subject to offset? ■ No  ☐ Yes

**3.215**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $327,726.84
Matheson Tri-Gas, Inc.                         ☐ Contingent
909 Lake Carolyn Parkway                       ☐ Unliquidated
Suite 1300                                     ■ Disputed
Irving, TX 75039-4821
**Date(s) debt was incurred** _                **Basis for the claim:**  Trade debt
**Last 4 digits of account number** _          Is the claim subject to offset? ■ No  ☐ Yes

**3.216**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $10,858.49
Mazak Corporation                              ☐ Contingent
North Central-Florence                         ☐ Unliquidated
P.O. Box 702100                                ☐ Disputed
Cincinnati, OH 45270-2100
**Date(s) debt was incurred** _                **Basis for the claim:**  Trade debt
**Last 4 digits of account number** _          Is the claim subject to offset? ■ No  ☐ Yes

**3.217**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $0.00
McIntosh Box & Pallet Co., Inc.                ☐ Contingent
5846 Heritage Landing Drive                    ☐ Unliquidated
East Syracuse, NY 13057                        ☐ Disputed
**Date(s) debt was incurred** _                **Basis for the claim:**  Notice only
**Last 4 digits of account number** _          Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.218** | |

**Nonpriority creditor's name and mailing address**

McKesson Medical Surgical
6555 State Highway 161
Irving, TX 75039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.219** | |

**Nonpriority creditor's name and mailing address**

McMaster-Carr Supply Co.
600 N. County Line Road
Elmhurst, IL 60126-4355

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$3,970.63

---

| | |
|---|---|
| **3.220** | |

**Nonpriority creditor's name and mailing address**

Medart Inc.
199 Clyde Street
Ellwood City, PA 16117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$9,750.00

---

| | |
|---|---|
| **3.221** | |

**Nonpriority creditor's name and mailing address**

Merchants Automotive Group
d/b/a Merchants Fleet
14 Central Park Drive, 1st Floor
Hooksett, NH 03106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.222** | |

**Nonpriority creditor's name and mailing address**

Messer
88718 Expedite Way
Chicago, IL 60695-1700

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$238,578.35

---

| | |
|---|---|
| **3.223** | |

**Nonpriority creditor's name and mailing address**

Metal & Mineral Processing, Inc.
107 Myrtle Avenue
Ramsey, NJ 07446-1017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$147,292.41

---

| | |
|---|---|
| **3.224** | |

**Nonpriority creditor's name and mailing address**

Metal Marker Mfg. Co.
6225 Lear Nagle Road
North Ridgeville, OH 44039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

| | | |
|---|---|---|
| **3.225** | **Nonpriority creditor's name and mailing address**<br>Metalico Youngstown Inc.<br>Div. 160 - Mail Code 7946<br>P.O. Box 7247<br>Philadelphia, PA 19170-7946<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice only<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| | | |
|---|---|---|
| **3.226** | **Nonpriority creditor's name and mailing address**<br>Metlab Corporation<br>4011 Hyde Park Boulevard<br>Niagara Falls, NY 14305<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $407.00 |

| | | |
|---|---|---|
| **3.227** | **Nonpriority creditor's name and mailing address**<br>Microcentric Corp.<br>P.O. Box 323<br>Plainview, NY 11803-0323<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $7,100.00 |

| | | |
|---|---|---|
| **3.228** | **Nonpriority creditor's name and mailing address**<br>Midcom Data Technologies<br>2625 E. Oakley Park Road<br>Suite 125<br>Commerce Township, MI 48390<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice only<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| | | |
|---|---|---|
| **3.229** | **Nonpriority creditor's name and mailing address**<br>Midway Industrial Supply<br>3902 Columbia Avenue<br>Lindwood, PA 19061<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,291.85 |

| | | |
|---|---|---|
| **3.230** | **Nonpriority creditor's name and mailing address**<br>Millbank Materials PA, Ltd.<br>323 S. Main Street<br>Zelienople, PA 16063<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $72,690.43 |

| | | |
|---|---|---|
| **3.231** | **Nonpriority creditor's name and mailing address**<br>Miller and Company<br>P.O. Box 7858<br>Carol Stream, IL 60197-7858<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice only<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,785.56 |
|---|---|---|---|

Milton Cat
7309 Eastman Road
North Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $843.58 |
|---|---|---|---|

Mitten Fluidpower Inc.
111 Baker Street
Syracuse, NY 13206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

MMG Industrial
186 Colgate Avenue
Buffalo, NY 14220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,440.00 |
|---|---|---|---|

Modern Industries, Inc.
613 West 11th Street
Erie, PA 16501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Morgan Advanced Materials
2102 Old Savannah Road
Augusta, GA 30906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $407.59 |
|---|---|---|---|

Motion AI
213 W. Wayne Street
Fort Wayne, IN 46802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,025.74 |
|---|---|---|---|

Motion Industries, Inc.
6420 Deere Road
Suite 2
Syracuse, NY 13206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,822.70 |
|---|---|---|---|

**3.239**

**Nonpriority creditor's name and mailing address**
MSC Industrial Supply Co.
52 Marway Circle
Sute 3
Rochester, NY 14624

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,822.70

---

**3.240**

**Nonpriority creditor's name and mailing address**
MSCI Central NY Chapter
105 Vanguard Parkway
Rochester, NY 14606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$259.19

---

**3.241**

**Nonpriority creditor's name and mailing address**
MTALX
132 Brent Street
NW4 2DR
LONDON

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$43,261.18

---

**3.242**

**Nonpriority creditor's name and mailing address**
Mubea Precision Springs
Dept. CH 19981
Palatine, IL 60055-9981

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$6,778.56

---

**3.243**

**Nonpriority creditor's name and mailing address**
Mullen Industrial Handling Corp.
P.O. Box 246
East Syracuse, NY 13057-0246

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.244**

**Nonpriority creditor's name and mailing address**
Murphy and Nolan Inc.
340 Peat Street
Syracuse, NY 13210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$11,713.80

---

**3.245**

**Nonpriority creditor's name and mailing address**
Myers Vacuum Co.
1155 Myers Lane
Kittanning, PA 16201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,950.00

---

**3.246**  **Nonpriority creditor's name and mailing address**
N E T & Die Inc.
P.O. Box 240
Fulton, NY 13069

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.247**  **Nonpriority creditor's name and mailing address**
National Grid Corp.
P.O. Box 371376
Pittsburgh, PA 15250-7376

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                          $765,394.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services provided

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.248**  **Nonpriority creditor's name and mailing address**
NDC Technologies, Inc.
21545 Neywork Place
Chicago, IL 60673-1215

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                            $6,361.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.249**  **Nonpriority creditor's name and mailing address**
Neville W. Sachs, P.E., PLLC
5 Elm Way
Camillus, NY 13031

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.250**  **Nonpriority creditor's name and mailing address**
New York State Processing Center
P.O. Box 15310
Albany, NY 12212-5310

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251**  **Nonpriority creditor's name and mailing address**
NFP Property & Casualty Services
P.O. Box 856595
Minneapolis, MN 55485-6595

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                           $19,788.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services performed

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252**  **Nonpriority creditor's name and mailing address**
Niagara Erecting Inc.
500 Ohio Street
Lockport, NY 14094

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address**<br>Niagara Speciality Metals Inc.<br>P.O. Box 280<br>12600 Clarence Center Road<br>Akron, NY 14001-0280 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Notice only_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 | **Nonpriority creditor's name and mailing address**<br>Niobec Inc.<br>3400 Columbium Road<br>St-Honore-De-Chicouti, QC G0V 1L0<br>CANADA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Notice only_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 | **Nonpriority creditor's name and mailing address**<br>Nitco LLC<br>P.O. Box 22241<br>New York, NY 10087-2241 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,922.24 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.256 | **Nonpriority creditor's name and mailing address**<br>Nixon Peabody LLP<br>1300 Clinton Street<br>Rochester, NY 14604 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Notice only_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 | **Nonpriority creditor's name and mailing address**<br>NOCO Energy Corp. Fuels<br>1300 Wolf Street<br>Syracuse, NY 13208 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Notice only_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.258 | **Nonpriority creditor's name and mailing address**<br>North American Minerals Corporation<br>1200 Valley West Drive<br>Suite 602<br>West Des Moines, IA 50266 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,121.94 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 | **Nonpriority creditor's name and mailing address**<br>Northern Asphalt LLC<br>P.O. Box 6418<br>Syracuse, NY 13217 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Notice only_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.260**

**Nonpriority creditor's name and mailing address**
Northland Communications, Inc.
P.o. Box 419
Holland Patent, NY 13354-0419

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.261**

**Nonpriority creditor's name and mailing address**
NYS Department of Health
Bureau of Environmental Radiation Prot.
Empire State Plaza,Corning Tower, 12 Fl
Albany, NY 12237

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262**

**Nonpriority creditor's name and mailing address**
NYS Dept. of Environmental Conservation
Region 7
615 Erie Boulevard West
Syracuse, NY 13204-2400

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263**

**Nonpriority creditor's name and mailing address**
OCCMED Well Now
P.O. Box 10459
Albany, NY 12201-5459

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services provided

Is the claim subject to offset? ■ No ☐ Yes

$21,070.00

---

**3.264**

**Nonpriority creditor's name and mailing address**
Office Design Systems and Media Group
217 Durston Avenue
Syracuse, NY 13203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,391.79

---

**3.265**

**Nonpriority creditor's name and mailing address**
Oil Skimmers, Inc.
12800 York Road
Suite G
North Royalton, OH 44133

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$629.40

---

**3.266**

**Nonpriority creditor's name and mailing address**
Omari Anderson
14 Kingman Road
Liverpool, NY 13090

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.267 | **Nonpriority creditor's name and mailing address**<br>Omni Services of N.Y., Inc.<br>6191 E. Molloy Road<br>East Syracuse, NY 13057 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,654.63 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 | **Nonpriority creditor's name and mailing address**<br>Omnisite<br>203 West Morris Street<br>Indianapolis, IN 46225 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.269 | **Nonpriority creditor's name and mailing address**<br>On Site Solutions, LLC<br>6811 Baldwin Road<br>Cayuga, NY 13034 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,689.20 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 | **Nonpriority creditor's name and mailing address**<br>Onondaga County Finance Department<br>421 Montgomery Street, 15th Floor<br>Syracuse, NY 13202 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $823,027.29 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Property taxes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.271 | **Nonpriority creditor's name and mailing address**<br>Onondaga County Water Authority<br>200 Northern Concourse<br>Syracuse, NY 13212 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $146,705.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utility services provided | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.272 | **Nonpriority creditor's name and mailing address**<br>Ontario Tool & Equipment, Inc.<br>d/b/a Ontario Tool & Abrasive<br>10 East Main Street, Suite 103<br>Victor, NY 14564 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 | **Nonpriority creditor's name and mailing address**<br>Opti-Lube, Inc.<br>1646 W. Business Park Drive<br>Suite B<br>Orem, UT 84058 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,262.38 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Name

| 3.274 | **Nonpriority creditor's name and mailing address**<br>Ovivo, LLC<br>P.O. Box 673076<br>Detroit, MI 48267-3076 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Basis for the claim:  Notice only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address**<br>P.A. Leone & Sons, Inc.<br>208 Basin Street<br>Syracuse, NY 13208 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,603.05 |

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address**<br>Pacemaker Steel & Piping Co.<br>501 Main Street<br>Utica, NY 13501 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,308.12 |

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address**<br>Park Place Technologies<br>P.O. Box 78000<br>Dept. 781156<br>Detroit, MI 48278-1156 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $337.48 |

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address**<br>Penticton Foundry Ltd.<br>568 Dawson Avenue<br>Penticon, British Columbia V2A 3NB<br>CANADA | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Basis for the claim:  Notice only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address**<br>Pitney Bowes Bank, Inc.<br>P.O. Box 981026<br>Boston, MA 02298 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $474.35 |

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address**<br>PKG Equipment, Inc.<br>367 Paul Road<br>Rochester, NY 14624 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,412.00 |

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Pro Tubes
39 Weatherhill Road
Hamburg, NJ 07419

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $163,399.10 |
|---|---|---|---|

Profound Alloys, LLC
1400 Ashwood Drive
Suite 1401
Canonsburg, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,600.00 |
|---|---|---|---|

PTS Tooling & Machine LLC
8117 Colony Drive
Algonac, MI 48001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|---|---|---|---|

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $241,392.17 |
|---|---|---|---|

Purther Recycling Inc.
3001 W. Big Beaver Road
Suite 324
Troy, MI 48084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

PVS Nolwood Chemicals, Inc.
80 Metcalfe Street
Buffalo, NY 14206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Quaker Houghton
4040 Pashphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Quality & Environmental Management
4256 Colorado Run
Syracuse, NY 13215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $128,664.00 |
|---|---|---|---|

Quantum Alloys Corporation
3909 Washington Road
Suite 320
McMurray, PA 15317

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,439.20 |
|---|---|---|---|

Questar Solutions LLC
P.O. Box 7410185
Chicago, IL 60674-0185

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Quintus Technologies, Incl.
8270 Green Meadows Drive, North
Suite 6899
Lewis Center, OH 43035

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

R & L Hydraulics Inc.
109 Tremont City Road
Springfield, OH 45502

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,750.00 |
|---|---|---|---|

R&B Fabrication, Inc.
7371 Eastman Road
Syracuse, NY 13212

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,694.00 |
|---|---|---|---|

R.P. Adams
225 E. Park Drive
Tonawanda, NY 14150

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $155.00 |
|---|---|---|---|

Radius Global Solutions
7831 Glenroy, Suite 250
Minneapolis, MN 55439

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,074.60 |
|---|---|---|---|

Radwell International Inc.
309 S. Regional Road
Greensboro, NC 27409

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,566.90 |
|---|---|---|---|

Refractory Maintenance Corp.
4524 N.Y. 104
Williamson, NY 14589

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Reliance Standard Life Insurance Company
P.O. Box 3123
Southeastern, PA 19398-3123

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,160.00 |
|---|---|---|---|

Resa Power LLC
6268 Route 31
Cicero, NY 13039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Resco Products Inc.
P.O. Box 7410694
Chicago, IL 60674

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,875.00 |
|---|---|---|---|

Reuning - McKim Inc.
567 W. Main Street
Saxonburg, PA 16056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.302**

Nonpriority creditor's name and mailing address
RHI US Ltd.
62156 Collections Center Drive
Chicago, IL 60693-0621

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$134,279.26

---

**3.303**

Nonpriority creditor's name and mailing address
Ricks Rags
124 W. Hickory Street, #1409
Canastota, NY 13032

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$874.80

---

**3.304**

Nonpriority creditor's name and mailing address
Rocklin Manufacturing Co.
110 South Jennings Street
P.O. Box 1259
Sioux City, IA 51102-1259

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.305**

Nonpriority creditor's name and mailing address
Rocky Mountain Reference Materials
P.O. Box 219
Stevensville, MI 49172

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$860.00

---

**3.306**

Nonpriority creditor's name and mailing address
Rumetco Sales Inc.
610 West Bear Street
Syracuse, NY 13204

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$5,224.18

---

**3.307**

Nonpriority creditor's name and mailing address
Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693-9337

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services provided

Is the claim subject to offset? ■ No ☐ Yes

$3,922.38

---

**3.308**

Nonpriority creditor's name and mailing address
Sam Rao Florist
104 Myron Road
Syracuse, NY 13219

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.309** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,738.80

Sanico, Inc.
P.O. Box 2037
Binghamton, NY 13902

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

SB Specialty Metals LLC
1020 7th North Street
Liverpool, NY 13088

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Scan-Pac Manufacturing
N84 W13480 Leon Road
Menomonee Falls, WI 53051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Scanacon, Inc.
950 Wales Drive
Hartville, OH 44632

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $198,621.21

Schenker Inc.
3501 Island Avenue
Philadelphia, PA 19153

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,606.00

Sealing Devices Inc.
4400 Walden Avenue
Lancaster, NY 14086-9751

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $621.92

Select Office Systems, Inc.
P.O. Box 11777
Burbank, CA 91510

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $847.00 |
|---|---|---|---|

Severn Engineering Co., Inc.
1203 Crestside Drive
Suite 120
Coppell, TX 75019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $318.95 |
|---|---|---|---|

Sherwin-Williams Co.
P.O. Box 412746
Boston, MA 02241-2746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,936.00 |
|---|---|---|---|

Simmers Crane Design & Service
1134 Salem Parkway West
Salem, OH 44460-1053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Sixmo Architects Engineers
204 Front Street
Marietta, OH 45750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Slack Chemical Company Inc.
465 South Clinton Street
P.O. Box 30
Carthage, NY 13619-0030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $92,430.54 |
|---|---|---|---|

Soderfors
Alleima, Ostra Verken 1
Soderfors, SE-815 75
SWEDEN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,320.95 |
|---|---|---|---|

Sola Systems
207 Cedar Street
Mount Pleasant, PA 15666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.323**

**Nonpriority creditor's name and mailing address**
Solarwinds Net, Inc.
P.O. Box 730720
Dallas, TX 75373-0720

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.324**

**Nonpriority creditor's name and mailing address**
Specialized Imprinting Inc.
8565 Hale Road
Manlius, NY 13104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$345.60

---

**3.325**

**Nonpriority creditor's name and mailing address**
Specialty Steel Industry
of North America
3050 K Street, NW
Washington, DC 20007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$109,096.42

---

**3.326**

**Nonpriority creditor's name and mailing address**
Spectrodyne Inc.
2036 Emerson Drive
P.O. Box 577
Quakertown, PA 18951

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.327**

**Nonpriority creditor's name and mailing address**
Spectrum Chemical Mfg. Corp.
769 Jersey Avenue
New Brunswick, NJ 08901-3605

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$352.71

---

**3.328**

**Nonpriority creditor's name and mailing address**
Specview Inc.
115 George Street, Suite 623
Oakville, Ontario L6J 0A2
CANADA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,650.00

---

**3.329**

**Nonpriority creditor's name and mailing address**
Sprague Operating Resources
P.O. Box 782532
Philadelphia, PA 19178-2532

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$119,456.98

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Stainless Steel Midwest
2615 Highway 146 East
La Grange, KY 40031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,394.94 |
|---|---|---|---|

Stephen Gould Corp.
35 South Jefferson Road
Whippany, NJ 07981

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,498.97 |
|---|---|---|---|

Stephenson Equipment Inc.
7201 Paxton Street
Harrisburg, PA 17111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $671.52 |
|---|---|---|---|

Stericycle Inc.
28883 Network Place
Chicago, IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Strategic Alloys LLC
446 Quail Ridge Drive
Hot Springs National Park, AR 71913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,580.06 |
|---|---|---|---|

Struers Incorporation
P.O. Box 945540
Atlanta, GA 30394-5540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $119,240.71 |
|---|---|---|---|

Sun Environmental Corp.
4655 Crossroads Park Drive
Liverpool, NY 13088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,077.70 |
|---|---|---|---|

Superior Alloy Steel Co.
3835 Lakeside Avenue
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,035.80 |
|---|---|---|---|

Superior Lubricants
6485 Ridings Road
Syracuse, NY 13206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $682.00 |
|---|---|---|---|

Sweco Inc.
8029 Dixie Highway
Florence, KY 41042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Symbus Law Group PLLC
1775 I Street, NW
Suite 1150
Washington, DC 20006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,266.78 |
|---|---|---|---|

Sysaid Technologies, Ltd.
37 Sderot Sha'ul
HaMelech, Tel Aviv-Yafo, 6492806
ISRAEL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

T.P. O'Brien Enterprises Inc.
1684 County Route 1
Oswego, NY 13126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Talon Harp
130 Slayton Avenue
Syracuse, NY 13205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Target Freight Managementnt
151 John James Audubon Parkway
Amherst, NY 14228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,796.80 |
|---|---|---|---|

Taubert Electric Motors LLC
10639 Prospect Junction Road
Remsen, NY 13438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,154.78 |
|---|---|---|---|

Taylor Northeast, Inc.
931 Hemlock Road
Morgantown, PA 19543

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

TBW Industries, Inc.
571 Cherry Road
Souderton, PA 18964

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Team Viewer
P.O. Box 743135
Atlanta, GA 30374-3135

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Thalheimer Brothers, Inc.
700 East Godfrey Avenue
Philadelphia, PA 19124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,312.00 |
|---|---|---|---|

The Collins Companies, Inc.
11 Thompson Road
P.O. Box 1053
East Windsor, CT 06088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.351 | **Nonpriority creditor's name and mailing address**<br>The Hanover Insurance  Group<br>P.O. Box 580045<br>Charlotte, NC 28258-0045 | **As of the petition filing date, the claim is:** Check all that apply. | $4,657.20 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Insurance premiums | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.352 | **Nonpriority creditor's name and mailing address**<br>The Sigma Group LLC<br>7326 State Route 19<br>Unit 2301<br>Mount Gilead, OH 43338 | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.353 | **Nonpriority creditor's name and mailing address**<br>The Vitality Group LLC<br>062278 Collections Centre Drive<br>Chicago, IL 60693 | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.354 | **Nonpriority creditor's name and mailing address**<br>The Young Industries, Inc.<br>16 Painter Street<br>Muncy, PA 17756 | **As of the petition filing date, the claim is:** Check all that apply. | $14,865.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.355 | **Nonpriority creditor's name and mailing address**<br>Therm-O-Rock East, Inc.<br>P.O. Box 429<br>New Eagle, PA 15067-0429 | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.356 | **Nonpriority creditor's name and mailing address**<br>Thermatex Sales Corp.<br>Canadian Ferro Refractories<br>P.O. Box 846157<br>Boston, MA 02284-6157 | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.357 | **Nonpriority creditor's name and mailing address**<br>Thermo Eberline LLC<br>27 Forge Parkway<br>Franklin, MA 02038-3135 | **As of the petition filing date, the claim is:** Check all that apply. | $420.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,940.43 |
|---|---|---|---|

**3.358**

Nonpriority creditor's name and mailing address

Thermo Fisher Financial Service
168 Third Avenue
Waltham, MA 02451

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$3,940.43

---

**3.359**

Nonpriority creditor's name and mailing address

Thermo-Temp
813-A Woodcrest Drove
P.O. Box 10687
Houston, TX 77018-2127

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$3,199.17

---

**3.360**

Nonpriority creditor's name and mailing address

Thompson & Johnson Equipment
6926 Fly Road
East Syracuse, NY 13057

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$156,850.81

---

**3.361**

Nonpriority creditor's name and mailing address

Tophet Corporation
1415 Panther Lane
Suite 350
Naples, FL 34109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

$30,864.40

---

**3.362**

Nonpriority creditor's name and mailing address

Total Equipment Training
1875 Agle Farms Road
Chester Springs, PA 19425

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$8,295.00

---

**3.363**

Nonpriority creditor's name and mailing address

Transcat, Inc.
35 Vantage Point Drive
Rochester, NY 14624

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,101.00

---

**3.364**

Nonpriority creditor's name and mailing address

Tranzact Inc.
350 N. Marshall Street
Lancaster, PA 17602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

| | | |
|---|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address**<br>Treibacher Industries AG<br>Auer-von-Welsbach-StraBe 1<br>9330 Althofen<br>AUSTRIA<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $234,725.86 |
| 3.366 | **Nonpriority creditor's name and mailing address**<br>Trillium<br>13011 S.E. Jennifer Street<br>Suite 204<br>Clackamas, OR 97015<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $12,995.00 |
| 3.367 | **Nonpriority creditor's name and mailing address**<br>Truck Fax Inc.<br>17700 S. Woodland<br>Cleveland, OH 44120<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $25,473.80 |
| 3.368 | **Nonpriority creditor's name and mailing address**<br>Trumbull Foundry and Alloy<br>49 W. Federal Street<br>Niles, OH 44446<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $42,753.80 |
| 3.369 | **Nonpriority creditor's name and mailing address**<br>Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,566.00 |
| 3.370 | **Nonpriority creditor's name and mailing address**<br>UMECC/IHC/MECC-USA<br>9468 Meridian Way<br>West Chester, OH 45069<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,070.00 |
| 3.371 | **Nonpriority creditor's name and mailing address**<br>Union Chill Mat Company<br>P.O. Box 250<br>Route 588 West<br>Zelienople, PA 16063-0250<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $516.00 |

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | United Parcel Service<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | United Process Controls<br>6724 South 13th Street<br>Oak Creek, WI 53154 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,765.06 |
|---|---|---|---|
| | United Rentals (North America)<br>100 First Stamford Place<br>Suite 700<br>Stamford, CT 06902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,764.29 |
|---|---|---|---|
| | United States Fire Insurance<br>P.O. Box 29898<br>New York, NY 10087-9898 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Insurance premiums | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,079.46 |
|---|---|---|---|
| | United Steel Workers<br>812 State Fair Boulevard, Building #7<br>Syracuse, NY 13209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Union dues | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | United Testing Systems, Inc.<br>P.O. Box 75<br>Bath, OH 44210-0075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $87.00 |
|---|---|---|---|
| | United Way of Central of New York<br>980 James Street<br>Syracuse, NY 13203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.379 | **Nonpriority creditor's name and mailing address**<br>Universal Stainless & Alloy Products Inc<br>600 Mayer Street<br>Bridgeville, PA 15017<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,639.52** |

| | | |
|---|---|---|
| 3.380 | **Nonpriority creditor's name and mailing address**<br>Upstate Equipment<br>6883 Schuyler Road<br>East Syracuse, NY 13057<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice only<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address**<br>Upstate Radiology Associates<br>224 Harrison Street<br>Suite 601<br>Syracuse, NY 13202<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services performed<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,914.50** |

| | | |
|---|---|---|
| 3.382 | **Nonpriority creditor's name and mailing address**<br>Upstate Refractory Services Inc.<br>100 Erie Boulevard<br>Newark, NY 14513<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$43,687.81** |

| | | |
|---|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address**<br>US Bronze Foundry & Machines, Inc.<br>18649 Brake Shoe Road<br>Meadville, PA 16335<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,270.00** |

| | | |
|---|---|---|
| 3.384 | **Nonpriority creditor's name and mailing address**<br>US Fire Insurance<br>P.O. Box 29898<br>New York, NY 10087-9898<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Insurance premiums<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$16,249.68** |

| | | |
|---|---|---|
| 3.385 | **Nonpriority creditor's name and mailing address**<br>USA Bluebook<br>P.O. Box 9004<br>Gurnee, IL 60031-9004<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$809.60** |

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Usherwood Office Technology
1005 West Fayette Street
Syracuse, NY 13204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $325.00 |
|---|---|---|---|

Vacuum Ceramics Inc.
14 Gist Lane
P.O. Box 318
Mount Braddock, PA 15465

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Veritas Alloys & Metals LLC
230  Grange Road
Rochester, PA 15074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,014.67 |
|---|---|---|---|

Vesuvius Incorporated
5645 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,003.80 |
|---|---|---|---|

Victor Metals, Inc.
P.O. Box 280
29309 Clayton Avenue
Wickliffe, OH 44092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102.42 |
|---|---|---|---|

Village of Solvay
Solvay Electric
1100 Woods Road
Syracuse, NY 13209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $0.00

Voss Metals Company
2103 N. Central Avenue
Rockford, IL 61101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $255.18

Waste Management of Syracuse
P.O. Box 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $17,757.60

Weaver Material
1810 Industrie Drive
Jamestown, NY 14701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $22,746.00

WellNow Urgent Care PC
P.O. Box 1848
Albany, NY 12201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $0.00

Wells Fargo Equipment Finance
Manufacturer Services Group
P.O. Box 1433
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $21,382.22

Wesco Receivables Corp.
225 W. Station Square Drive
Suite 700
Pittsburgh, PA 15219-1151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $68,371.60

Wilkoff & Sons LLC
2700 East 47th Street
Cleveland, OH 44104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Crucible Industries LLC | Case number (if known) | 24-31059-5 |
|---|---|---|---|
| | Name | | |

**3.400**
**Nonpriority creditor's name and mailing address**
Willey Lumber Company
100 Hartwell Avenue
East Syracuse, NY 13057

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$10,108.55

---

**3.401**
**Nonpriority creditor's name and mailing address**
Windstream
P.O. Box 9001013
Louisville, KY 40290-1013

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.402**
**Nonpriority creditor's name and mailing address**
Winton Products Co.
2500 West Boulevard B
Charlotte, NC 28208

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$146.40

---

**3.403**
**Nonpriority creditor's name and mailing address**
Wogen Resources Ltd.
4 The Sanctuary
Westminster London SW1P 3JS
UNITED KINGDOM

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.404**
**Nonpriority creditor's name and mailing address**
WS Hampshire Inc.
365 Keyes Avenue
Hampshire, IL 60140

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$29,082.20

---

**3.405**
**Nonpriority creditor's name and mailing address**
WTS-Waste Technology Service
1318 Kossuth Street
Bridgeport, CT 06608

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services performed

Is the claim subject to offset? ■ No ☐ Yes

$5,411.68

---

**3.406**
**Nonpriority creditor's name and mailing address**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$132.63

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,920.00 |

Xtek Inc.
11451 Reading Road
Cincinnati, OH 45241

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,155.24 |

Xylem Dewatering Solutions, Inc.
26717 Network Place
Chicago, IL 60673-1267

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Yushi-Seihim Co., Ltd.
3848 Carson Street, Suite 303
Torrance, CA 90503

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $71,446.55 |

Zenith Insurance Company
21255 Califa Street
Woodland Hills, CA 91367

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Insurance premiums__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Zones, Inc.
P.O. Box 34740
Seattle, WA 98124-1740

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Allied Mineral Products, Inc.<br>P.O. Box 951410<br>Cleveland, OH 44193 | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Allison Abrasives Inc.<br>P.O. Box 59<br>Lancaster, KY 40444 | Line __3.11__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Crucible Industries LLC | Case number (if known) | 24-31059-5 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Allium US Holding LLC<br>P.O. Box 911501<br>Denver, CO 80291-1501 | Line 3.12<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Allium US Holding LLC<br>7979 E. Tufts Avenue<br>Sute 300<br>Denver, CO 80237 | Line 3.12<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Anderson Equipment Co.<br>P.O. Box 713564<br>Philadelphia, PA 19171-3564 | Line 3.21<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Anthracite Industries Inc.<br>P.O. Box 144<br>Asbury, NJ 08802-0144 | Line 3.22<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Aquatrol Technologies Inc.<br>P.O. Box 2786<br>Syracuse, NY 13220 | Line 3.26<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | ATI Specialty Materials<br>P.O. Box 843137<br>Dallas, TX 75284 | Line 3.28<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | Automatic Appliance Service<br>P.O. Box 63<br>Clay, NY 13041 | Line 3.29<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | Badger Meter<br>Box 88223<br>Milwaukee, WI 53288-8223 | Line 3.33<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | Bodycote IMT Inc.<br>P.O. Box 712557<br>Philadelphia, PA 19171-2557 | Line 3.43<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | Bourne & Koch Inc.<br>2500 Kishwaukee Street<br>Rockford, IL 61104 | Line 3.44<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | Brenntag Lubricants LLC<br>P.O. Box 843334<br>Dallas, TX 75284-3334 | Line 3.48<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | Butler Bros.<br>P.O. Box 1375<br>Lewiston, ME 04243-1375 | Line 3.52<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | Butler Fence Co.<br>P.O. Box 887<br>Syracuse, NY 13209 | Line 3.53<br><br>☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.16 Carmeuse Lime (Canada) Limited<br>P.O. Box 56372, Station A<br>Toronto, Ontario [MISSING ZIP]<br>CANADA | Line 3.59<br>☐ Not listed. Explain ____ | _ |
| 4.17 Cattron North America Inc.<br>Box 418114<br>Boston, MA 02241-8114 | Line 3.61<br>☐ Not listed. Explain ____ | _ |
| 4.18 Chemalloy Company<br>P.O. Box 45965<br>Baltimore, MD 21297-5965 | Line 3.67<br>☐ Not listed. Explain ____ | _ |
| 4.19 CNY Exterminating Inc.<br>P.O. Box 73<br>West Monroe, NY 13167 | Line 3.76<br>☐ Not listed. Explain ____ | _ |
| 4.20 Commercial Lawn & Landscape, Inc.<br>P.O. Box 2037<br>Syracuse, NY 13220 | Line 3.80<br>☐ Not listed. Explain ____ | _ |
| 4.21 Constellation New Energy, Inc.<br>P.O. Box 4640<br>Carol Stream, IL 60197-4640 | Line 3.83<br>☐ Not listed. Explain ____ | _ |
| 4.22 Couch White, LLP<br>P.O. Box 22222<br>Albany, NY 12201-2222 | Line 3.86<br>☐ Not listed. Explain ____ | _ |
| 4.23 Customized Energy Solutions Ltd.<br>c/o Lieb Solutions<br>P.O. Box 22<br>Maple Shade, NJ 08052-0022 | Line 3.94<br>☐ Not listed. Explain ____ | _ |
| 4.24 Dell Marketing, LP<br>c/o Dell USA, LP<br>P.O. Box 643561<br>Pittsburgh, PA 15264-3561 | Line 3.101<br>☐ Not listed. Explain ____ | _ |
| 4.25 Delta Dental of New York, Inc.<br>Attn: Accounts Receivable<br>P.O. Box 62577<br>Baltimore, MD 21264-2577 | Line 3.103<br>☐ Not listed. Explain ____ | _ |
| 4.26 Digi-Key Electronics<br>P.O. Box 250<br>Thief River Falls, MN 56701-0250 | Line 3.107<br>☐ Not listed. Explain ____ | _ |
| 4.27 Electralloy<br>P.O. Box 6199<br>Hermitage, PA 16148 | Line 3.141<br>☐ Not listed. Explain ____ | _ |
| 4.28 Ellwood Engineered Castings<br>P.O. Box 536401<br>Pittsburgh, PA 15253-5906 | Line 3.117<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.29 | Ellwood National Steel<br>Lockbox P1<br>P.O. Box 536401<br>Pittsburgh, PA 15253-5906 | Line __3.118__<br>☐ Not listed. Explain ____ | _ |
| 4.30 | Empire Hydraulics & Machine, LLC<br>P.O. Box 124<br>Adams Center, NY 13606 | Line __3.120__<br>☐ Not listed. Explain ____ | _ |
| 4.31 | Endurance Metals<br>P.O. Box 55677<br>Houston, TX 77255-5677 | Line __3.121__<br>☐ Not listed. Explain ____ | _ |
| 4.32 | Endurance Metals<br>535 Little John Lane<br>Houston, TX 77024 | Line __3.121__<br>☐ Not listed. Explain ____ | _ |
| 4.33 | Endurance Metals LLC<br>c/o The Neal Law Group, PLLC<br>3006 Brazos Street<br>Houston, TX 77006 | Line __3.121__<br>☐ Not listed. Explain ____ | _ |
| 4.34 | Erie Copper Works LLC<br>P.O. Box 309<br>Medina, OH 44258 | Line __3.122__<br>☐ Not listed. Explain ____ | _ |
| 4.35 | Ervin Industries Inc.<br>Department 77997<br>P.O. Box 77000<br>Detroit, MI 48277-0997 | Line __3.123__<br>☐ Not listed. Explain ____ | _ |
| 4.36 | FRC Global, Inc.<br>P.O. Box 121<br>Hamburg, NY 14075 | Line __3.138__<br>☐ Not listed. Explain ____ | _ |
| 4.37 | G.O. Carlson, Inc. d/b/a Ellectralloy<br>c/o Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020 | Line __3.141__<br>☐ Not listed. Explain ____ | _ |
| 4.38 | Gartner Equipment Co.<br>P.O. Box 11199<br>Syracuse, NY 13218-1199 | Line __3.142__<br>☐ Not listed. Explain ____ | _ |
| 4.39 | GES Graphite Inc.<br>Mail Code: 6430<br>P.O. Box 96430<br>Charlotte, NC 28296-0430 | Line __3.143__<br>☐ Not listed. Explain ____ | _ |
| 4.40 | GL Power, Inc.<br>1973 Great Lakes Way<br>Madison, OH 44057 | Line __3.144__<br>☐ Not listed. Explain ____ | _ |
| 4.41 | Gleason Salt & Supply<br>P.O. Box 188<br>Warners, NY 13164 | Line __3.145__<br>☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.42 Graymont (PA) Inc.<br>Box 200700<br>Pittsburgh, PA 15251-0700 | Line 3.149<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 H & C Tool Supply Corp.<br>P.O. Box 11330<br>Rochester, NY 14611 | Line 3.152<br><br>☐ Not listed. Explain ____ | _ |
| 4.44 Henry Schein Inc.<br>Box 371952<br>Pittsburgh, PA 15250-7952 | Line 3.162<br><br>☐ Not listed. Explain ____ | _ |
| 4.45 How Hydronics<br>2293 Tripaldi Way<br>Hayward, CA 94545-5024 | Line 3.165<br><br>☐ Not listed. Explain ____ | _ |
| 4.46 IMACRO, Inc.<br>P.O. Box 62088<br>Burlington, Ontario L7R 4K2<br>CANADA | Line 3.170<br><br>☐ Not listed. Explain ____ | _ |
| 4.47 Inductotherm Corp.<br>P.O. Box 157<br>10 Indel Avenue<br>Rancocas, NJ 08073 | Line 3.173<br><br>☐ Not listed. Explain ____ | _ |
| 4.48 Ironclad Environmental<br>P.O. Box 671562<br>Dallas, TX 75267-1562 | Line 3.181<br><br>☐ Not listed. Explain ____ | _ |
| 4.49 J. Solotken and Co., Inc.<br>c/o Paganelli Law Group<br>Two Meridian Plaza, 10401 N. Meridian St<br>Indianapolis, IN 46290 | Line 3.182<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 Kairos Specialty Metals Corp.<br>P.O. Box 714617<br>Cincinnati, OH 45271-4617 | Line 3.189<br><br>☐ Not listed. Explain ____ | _ |
| 4.51 Kairos Specialty Metals Corp.<br>c/o Giarmarco, Mullins & Horton, P.C.<br>101 West Big Beaver Road<br>Troy, MI 48084-5280 | Line 3.189<br><br>☐ Not listed. Explain ____ | _ |
| 4.52 Konecranes, Inc.<br>P.O. Box 644994<br>Pittsburgh, PA 15264-4994 | Line 3.196<br><br>☐ Not listed. Explain ____ | _ |
| 4.53 Lifetime Benefit Solutions, Inc.<br>P.O. Box 5510<br>Binghamton, NY 13902-5510 | Line 3.202<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 Linde Inc. f/k/a Praxair<br>P.O. Box 417518<br>Boston, MA 02241-7518 | Line 3.205<br><br>☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.55  Linde Inc. f/k/a Praxair<br>P.O. Box 417518<br>Boston, MA 02241-7518 | Line 3.205<br><br>☐ Not listed. Explain ____ | _ |
| 4.56  Magnetic Analysis Corporation<br>P.O. Box 8000<br>Department 175<br>Buffalo, NY 14267-0002 | Line 3.209<br><br>☐ Not listed. Explain ____ | _ |
| 4.57  Major Metals Corporation<br>c/o Barclay Damon<br>125 East Jefferson Street<br>Syracuse, NY 13202 | Line 3.210<br><br>☐ Not listed. Explain ____ | _ |
| 4.58  Marsh USA Inc.<br>P.O. Box 417724<br>MA5-527-02-07<br>Boston, MA 02241-7724 | Line 3.214<br><br>☐ Not listed. Explain ____ | _ |
| 4.59  Matheson Tri-Gas, Inc.<br>P.O. Box 842724<br>Dallas, TX 75284-2724 | Line 3.215<br><br>☐ Not listed. Explain ____ | _ |
| 4.60  Matheson Tri-Gas, Inc.<br>c/o Foley & Lardner LLP<br>1000 Louisiana Street, Suite 2000<br>Houston, TX 77002-2099 | Line 3.215<br><br>☐ Not listed. Explain ____ | _ |
| 4.61  McKesson Medical Surgical<br>P.O. Box 933027<br>Atlanta, GA 31193-3027 | Line 3.218<br><br>☐ Not listed. Explain ____ | _ |
| 4.62  McMaster-Carr Supply Co.<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | Line 3.219<br><br>☐ Not listed. Explain ____ | _ |
| 4.63  Metal & Mineral Processing, Inc.<br>P.O. Box 27<br>Ramsey, NJ 07446 | Line 3.223<br><br>☐ Not listed. Explain ____ | _ |
| 4.64  Metal Marker Mfg. Co.<br>c/o C2C Resources, LLC<br>1455 Lincoln Parkway E., Suite 550<br>Atlanta, GA 30346 | Line 3.224<br><br>☐ Not listed. Explain ____ | _ |
| 4.65  Metlab Corporation<br>P.O. Box 1075<br>Niagara Falls, NY 14302-1075 | Line 3.226<br><br>☐ Not listed. Explain ____ | _ |
| 4.66  Midway Industrial Supply<br>P.O. Box 303<br>Utica, NY 13503-0303 | Line 3.229<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.67 | Millbank Materials PA, Ltd.<br>P.O. Box 83149<br>Portland, OR 97283 | Line 3.230<br><br>☐ Not listed. Explain ____ | _ |
| 4.68 | Mitten Fluidpower Corporation<br>P.O. Box 2877<br>Syracuse, NY 13220 | Line 3.233<br><br>☐ Not listed. Explain ____ | _ |
| 4.69 | Mitten Fluidpower Inc.<br>6320 Fly Road<br>East Syracuse, NY 13057 | Line 3.233<br><br>☐ Not listed. Explain ____ | _ |
| 4.70 | Motion Industries, Inc.<br>P.O. Box 414444<br>Boston, MA 02241 | Line 3.238<br><br>☐ Not listed. Explain ____ | _ |
| 4.71 | MSC Industrial Supply Co.<br>P.O. Box 953635<br>Saint Louis, MO 63195-3635 | Line 3.239<br><br>☐ Not listed. Explain ____ | _ |
| 4.72 | Murphy and Nolan, Inc.<br>P.O. Box 6689<br>Syracuse, NY 13217-6689 | Line 3.244<br><br>☐ Not listed. Explain ____ | _ |
| 4.73 | NOCO Energy Corp. Fuels<br>Department #116218<br>P.O. Box 5211<br>Binghamton, NY 13902-5211 | Line 3.257<br><br>☐ Not listed. Explain ____ | _ |
| 4.74 | NYS Dept. of Environmental Conservation<br>625 Broadway<br>Albany, NY 12207 | Line 3.262<br><br>☐ Not listed. Explain ____ | _ |
| 4.75 | Omni Services of N.Y., Inc.<br>P.O. Box 350016<br>Boston, MA 02241-0516 | Line 3.267<br><br>☐ Not listed. Explain ____ | _ |
| 4.76 | Onondaga County Finance Department<br>P.O. Box 1004<br>Syracuse, NY 13201-1004 | Line 3.270<br><br>☐ Not listed. Explain ____ | _ |
| 4.77 | Onondaga County Water Authority<br>P.O. Box 4949<br>Syracuse, NY 13221-4949 | Line 3.271<br><br>☐ Not listed. Explain ____ | _ |
| 4.78 | Pacemaker Steel & Piping Co.<br>P.O. Box 474<br>Utica, NY 13503-0474 | Line 3.276<br><br>☐ Not listed. Explain ____ | _ |
| 4.79 | R.P. Adams<br>P.O. Box 85406<br>Chicago, IL 60689-5406 | Line 3.294<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.80 | Radius Global Solutions<br>P.o. Box 390915<br>Minneapolis, MN 55439 | Line 3.295<br>☐ Not listed. Explain ____ | _ |
| 4.81 | Radwell International Inc.<br>P.O. Box 419343<br>Boston, MA 02241-9343 | Line 3.296<br>☐ Not listed. Explain ____ | _ |
| 4.82 | Refractory Maintenance Corp.<br>P.O. Box 98<br>Williamson, NY 14589 | Line 3.297<br>☐ Not listed. Explain ____ | _ |
| 4.83 | Resa Power LLC<br>P.O. Box 206659<br>Dallas, TX 75320-6659 | Line 3.299<br>☐ Not listed. Explain ____ | _ |
| 4.84 | Reuning - McKim Inc.<br>P.O. Box 188<br>Saxonburg, PA 16056 | Line 3.301<br>☐ Not listed. Explain ____ | _ |
| 4.85 | SB Specialty Metals LLC<br>P.O. Box 7410681<br>Chicago, IL 60674-0681 | Line 3.310<br>☐ Not listed. Explain ____ | _ |
| 4.86 | SB Specialty Metals LLC<br>3636 N. Hall Street<br>Oakwood Tower, Suite 910<br>Dallas, TX 75219 | Line 3.310<br>☐ Not listed. Explain ____ | _ |
| 4.87 | Schenker, Inc.<br>1305 Executive Boulevard<br>Suite 200<br>Chesapeake, VA 23320 | Line 3.313<br>☐ Not listed. Explain ____ | _ |
| 4.88 | Schenker, Inc..<br>P.O. Box 7247-7623<br>Philadelphia, PA 19170-7623 | Line 3.313<br>☐ Not listed. Explain ____ | _ |
| 4.89 | Specialized Imprinting Inc.<br>P.O. Box 490<br>Manlius, NY 13104 | Line 3.324<br>☐ Not listed. Explain ____ | _ |
| 4.90 | Spectrum Chemical Mfg. Corp.<br>P.O. Box 740894<br>Los Angeles, CA 90074-0894 | Line 3.327<br>☐ Not listed. Explain ____ | _ |
| 4.91 | Superior Lubricants<br>P.O. Box 74657<br>Cleveland, OH 44194 | Line 3.338<br>☐ Not listed. Explain ____ | _ |
| 4.92 | Sweco Inc.<br>Division of M-I LLC<br>P.O. Box 733813<br>Dallas, TX 75373-3813 | Line 3.339<br>☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.93   Symbus Law Group, PLLC<br>P.O. Box 933<br>Culpeper, VA 22701 | Line 3.340<br><br>☐ Not listed. Explain ____ | _ |
| 4.94   TBW Industries, Inc.<br>P.O. Box 527<br>Souderton, PA 18964-0527 | Line 3.347<br><br>☐ Not listed. Explain ____ | _ |
| 4.95   Thermo Eberline LLC<br>P.O. Box 742857<br>Atlanta, GA 30374 | Line 3.357<br><br>☐ Not listed. Explain ____ | _ |
| 4.96   Transcat, Inc.<br>P.O. Box 62827<br>Baltimore, MD 21264-2827 | Line 3.363<br><br>☐ Not listed. Explain ____ | _ |
| 4.97   Uline<br>Attn: Accounts Receivable<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | Line 3.369<br><br>☐ Not listed. Explain ____ | _ |
| 4.98   United Rentals (North America)<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | Line 3.374<br><br>☐ Not listed. Explain ____ | _ |
| 4.99   Universal Stainless & Alloy Products Inc<br>P.O. Box 640595<br>Pittsburgh, PA 15264-0595 | Line 3.379<br><br>☐ Not listed. Explain ____ | _ |
| 4.100   Voss Metals Company, Inc.<br>c/o Daniels, Porco and Lusardi, LLP<br>1 Memorial Avenue<br>Pawling, NY 12564 | Line 3.393<br><br>☐ Not listed. Explain ____ | _ |
| 4.101   Weaver Material<br>Box 8000<br>Dept. 182<br>Buffalo, NY 14267-0002 | Line 3.395<br><br>☐ Not listed. Explain ____ | _ |
| 4.102   Wesco Receivables Corp.<br>P.O. Box 825089<br>Philadelphia, PA 19182-5089 | Line 3.398<br><br>☐ Not listed. Explain ____ | _ |
| 4.103   Winton Products Co.<br>Box 36332<br>Charlotte, NC 28236 | Line 3.402<br><br>☐ Not listed. Explain ____ | _ |
| 4.104   WTS - Waste Technology Services, Inc.<br>Dept. #369<br>P.O. Box 8000<br>Buffalo, NY 14267 | Line 3.405<br><br>☐ Not listed. Explain ____ | _ |
| 4.105   Xtek, Inc.<br>P.O. Box 645248<br>Cincinnati, OH 45264 | Line 3.407<br><br>☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.106   Zenith Insurance Company<br>P.O. Box 9055<br>Van Nuys, CA 91499 | Line   3.410<br><br>☐   Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.   +   $ | 11,273,768.13 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 11,273,768.13 |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Dodge Jeep Ram (Patrol/Guards) 2024 Model 1500 | |
| | State the term remaining | | Ally Financial |
| | List the contract number of any government contract | | P.O. Box 9001948 Louisville, KY 40290 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for 2024 Bobcat S450 Skid Steer Loader with attachments | |
| | State the term remaining | | Auxilior Capital Partners, Inc. 620 W. Germantown Pike |
| | List the contract number of any government contract | | Suite 450 Plymouth Meeting, PA 19462 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Building and Rooftop Lease Agreement dated January 24, 2022 | |
| | State the term remaining | | Bell Atlantic Mobile Systems, LLC d/b/a Verizon Wireless |
| | List the contract number of any government contract | | One Verizon Way, Mail Stop 4AW100 Basking Ridge, NJ 07920 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for Grove Pickle Crane, Model RT 650E | |
| | State the term remaining | | Commercial Credit Group Inc. 400 Essjay Road |
| | List the contract number of any government contract | | Suite 340 Buffalo, NY 14221 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for 2018 Combilift Lift Truck C2200 dated April 26, 2018<br><br>Comsource<br>500 Plum Street<br>Suite 400<br>Syracuse, NY 13204 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for 2019 Hyster H175FT dated October 4, 2019<br><br>Comsource<br>500 Plum Street<br>Suite 400<br>Syracuse, NY 13204 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for 2015 Hyster 110FT dated 2/4/19<br><br>Comsource<br>500 Plum Street<br>Suite 400<br>Syracuse, NY 13204 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for 2019 Hyster 450HD dated May 1, 2019<br><br>Comsource<br>500 Plum Street<br>Suite 400<br>Syracuse, NY 13204 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for 2014 Hyster H110FT dated 2/4/19<br><br>Comsource<br>500 Plum Street<br>Suite 400<br>Syracuse, NY 13204 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for Hyster H80FT with Longreach Fork Clamp dated 7/30/20 | |
|---|---|---|---|
| | State the term remaining | | Comsource |
| | List the contract number of any government contract | | 500 Plum Street Suite 400 Syracuse, NY 13204 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for 2019 Hyster H110FT | |
|---|---|---|---|
| | State the term remaining | | Comsource |
| | List the contract number of any government contract | | 500 Plum Street Suite 400 Syracuse, NY 13204 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for Endoflex 12000 Endothermic Gas Generators dated 10/27/20 | |
|---|---|---|---|
| | State the term remaining | | Comsource |
| | List the contract number of any government contract | | 500 Plum Street Suite 400 Syracuse, NY 13204 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for Avaya IP Office Telephone System dated 10/5/20 | |
|---|---|---|---|
| | State the term remaining | | Comsource |
| | List the contract number of any government contract | | 500 Plum Street Suite 400 Syracuse, NY 13204 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Master Retail Electricity Supply and Sale Agreement dated 9/6/22 | |
|---|---|---|---|
| | State the term remaining | | Constellation NewEnergy, Inc. |
| | List the contract number of any government contract | | 1001 Louisiana St. Constellation Suite 2300 Houston, TX 77002 |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — Electricity Supply Agreement dated 5/24/24

State the term remaining

List the contract number of any government contract

Constellation NewEnergy, Inc.
1001 Louisiana St. Constellation
Suite 2300
Houston, TX 77002

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — Lease for Right of Way

State the term remaining

List the contract number of any government contract

CSX Transportation
c/o CSXT Property Services
P.O. Box 530181
Atlanta, GA 30350-0181

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — Equipment lease for Managed Printer/Copier Fleet

State the term remaining

List the contract number of any government contract

Great American Financial Services
P.O. Box 660831
Dallas, TX 75266

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — Equipment lease for HPE Aruba 5406 and HPE Power Supply

State the term remaining

List the contract number of any government contract

Hewlett Packard
200 Connell Drive
Suite 5000
Berkeley Heights, NJ 07922

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — Equipment lease for 2022 Hyster H280XD Forklift dated 2/22/22

State the term remaining

List the contract number of any government contract

HYG Financial Services
5000 Riverside Drive
Suite 300 East
Irving, TX 75039-4314



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest — Equipment lease for two 2022 Hyster H110FT-DSL Forklifts dated 6/23/22<br><br>State the term remaining<br><br>List the contract number of any government contract | HYG Financial Services, Inc.<br>5000 Riverside Drive<br>Suite 300 East<br>Irving, TX 75039-4314 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest — Lease for Nitrogen usage dated June 16, 2020<br><br>State the term remaining<br><br>List the contract number of any government contract | Linde<br>P.O. Box 417518<br>Boston, MA 02241-7518 |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest — Equipment lease for Roto Unit & Test Instruments<br><br>State the term remaining<br><br>List the contract number of any government contract | Magnetic Analysis<br>P.O. Box 8000<br>Department 175<br>Buffalo, NY 14267-0002 |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest — Lease for Argon, Nitrogen and Oxygen usage dated 12/1/21<br><br>State the term remaining<br><br>List the contract number of any government contract | Messer<br>88718 Expedite Way<br>Chicago, IL 60695-1700 |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest — Equipment lease for Sendpro C Series Mail Machine dated 11/5/20<br><br>State the term remaining<br><br>List the contract number of any government contract | Pitney Bowes<br>P.O. Box 981026<br>Boston, MA 02298 |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest — Lease for 2019 Freightliner M2106 Truck dated 5/7/18 | |
| State the term remaining | Ryder Truck Rental P.O. Box 96723 Chicago, IL 60693-9337 |
| List the contract number of any government contract | |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest — Natural Gas Sales Agreement dated 6/7/24 | |
| State the term remaining | Sprague Operating Resources P.O. Box 782532 Philadelphia, PA 19178-2532 |
| List the contract number of any government contract | |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest — Equipment lease for 2016 Hyster H110FT | |
| State the term remaining | Summit Vendor Finance 4680 Parkway Drive Suite 300 Mason, OH 45040 |
| List the contract number of any government contract | |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest — Lease for real property located at 575 State Fair Bouelvard, Solvay, New York 13209 | |
| State the term remaining | Syracuse Real Estate LLC 50 Public Square Suite 3300 Cleveland, OH 44113 |
| List the contract number of any government contract | |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest — Option and Building and Rooftop Lease Agreement dated August 15, 2013 | |
| State the term remaining | Syracuse SMSA Limited Partnership d/b/a Verizon Wireless 180 Washington Valley Road Bedminster, NJ 07921 |
| List the contract number of any government contract | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.30.** State what the contract or lease is for and the nature of the debtor's interest

Ground Space Lease for property located at 575 State Fair Boulevard dated October 28, 2013

State the term remaining

List the contract number of any government contract

Syracuse SMSA Limited Partnership
180 Washington Valley Road
Bedminster, NJ 07921

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest

Equipment lease for Argon/Nitrogen Analyzer dated 8/6/19

State the term remaining

List the contract number of any government contract

TCF Equipment Finance
11100 Wayzata Boulevard
Suite 801
Minnetonka, MN 55305

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest

Equipment lease for Garden Denver Variable Speed L110RS Air Compressor dated 8/6/19

State the term remaining

List the contract number of any government contract

TCF Equipment Finance
11100 Wayzata Boulevard
Suite 801
Minnetonka, MN 55305

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

Equipment lease for Optical Emissions Spectrometer dated 3/31/23

State the term remaining

List the contract number of any government contract

ThermoFisher Scientific
2 Radcliff Road
Tewksbury, MA 01876

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest

Equipment lease for Toyota 8FD45U dated 12/2/19

State the term remaining

List the contract number of any government contract

Thompson & Johnson Equipment
6926 Fly Road
East Syracuse, NY 13057

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for Toyota Model 8FBC15U dated 7/7/22 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Thompson & Johnson Equipment 6926 Fly Road East Syracuse, NY 13057 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for Clark C25 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Thompson & Johnson Equipment 6926 Fly Road East Syracuse, NY 13057 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for Toyota 8FD35U | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Thompson & Johnson Equipment 6926 Fly Road East Syracuse, NY 13057 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for Toyota Model 8FD70U Diesel Lift Truck dated 9/16/19 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Thompson & Johnson Equipment 6926 Fly Road East Syracuse, NY 13057 |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for Toyota Model 8FDU30 dated 4/1/18 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Thompson & Johnson Equipment 6926 Fly Road East Syracuse, NY 13057 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for Combilift C2200<br><br><br>Thompson & Johnson Equipment<br>6926 Fly Road<br>East Syracuse, NY 13057 |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for 2020 Bobcat S740 dated 11/19/20<br><br><br>Thompson & Johnson Equipment<br>6926 Fly Road<br>East Syracuse, NY 13057 |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for Toyota 5401-RLE dated 8/31/22<br><br><br>Thompson & Johnson Equipment<br>6926 Fly Road<br>East Syracuse, NY 13057 |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for Clark C553 dated 6/24/22<br><br><br>Thompson & Johnson Equipment<br>6926 Fly Road<br>East Syracuse, NY 13057 |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for Toyota 8FBC15U dated May 1, 2018<br><br><br>Thompson & Johnson Equipment<br>6926 Fly Road<br>East Syracuse, NY 13057 |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.** State what the contract or lease is for and the nature of the debtor's interest

Equipment lease for Clark C55S P455D-0285-12008VN

State the term remaining

List the contract number of any government contract

Thompson & Johnson Equipment
6926 Fly Road
East Syracuse, NY 13057

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest

Equipment lease for C555-P4550-1289-9913 KF-30715

State the term remaining

List the contract number of any government contract

Thompson & Johnson Equipment
6926 Fly Road
East Syracuse, NY 13057

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest

Collective Bargaining Agreement dated October 23, 2020

State the term remaining

List the contract number of any government contract

United Steel Workers
812 State Fair Boulevard
Building #7
Syracuse, NY 13209

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest

Equipment lease for 2023 Volvo L70H Clam Bucket dated 10/20/23

State the term remaining

List the contract number of any government contract

VFS Leasing Co.
P.O. Box 26131
Greensboro, NC 27402

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest

Equipment lease for 1 MLG Cascade Clamp

State the term remaining

List the contract number of any government contract

Wells Fargo Equipment Finance
800 Walnut Street, 4th Floor
Des Moines, IA 50309

---

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Ara Hacet | 10312 Sterling Springs Road<br>Louisville, KY 40223 | KeyBank, N.A. | ■ D   2.9<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Jack Jankovic | c/o CX Industries LLC<br>50 Public Square, Suite 3300<br>Cleveland, OH 44113 | KeyBank, N.A. | ■ D   2.9<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Jim Phillips | c/o CX Industries LLC<br>50 Public Square, Suite 3300<br>Cleveland, OH 44113 | KeyBank, N.A. | ■ D   2.9<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Northern District of New York

In re    Crucible Industries LLC                       Case No.    24-31059-5

                         Debtor(s)             Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Standard hourly rates |
| Prior to the filing of this statement I have received | $ | $545,202.14 consisting of pre-petition payments of $390,647.19 and retainer of $154,554.95 |
| Balance Due | $ | 0.00 |

2. $ __1,738.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
       Negotiations with all creditors, including secured creditors, general unsecured creditors and government agencies concerning claim treatment, negotiate use of cash collateral and DIP financing, negotiations with other impacted parties in interest, preparation of chapter 11 plan and disclosure statement and all other matters to properly administer this chapter 11 case

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| January 8, 2025 | /s/ Charles J. Sullivan |
| *Date* | Charles J. Sullivan (NDNY 507717) |
| | *Signature of Attorney* |
| | Bond, Schoeneck & King, PLLC |
| | One Lincoln Center |
| | Syracuse, NY 13202 |
| | (315) 218-8000 Fax: (315) 218-8100 |
| | csullivan@bsk.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## Northern District of New York

In re    Crucible Industries LLC        Case No.    24-31059-5

             Debtor(s)        Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CX Industries LLC<br>50 Public Square<br>Suite 3300<br>Cleveland, OH 44113 | | | 100% Ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    January  8, 2025          Signature    /s/ John Shiesley

                                                John Shiesley

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

In re    Crucible Industries LLC                  Case No.    24-31059-5

                                    Debtor(s)         Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Crucible Industries LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

CX Industries LLC
50 Public Square
Suite 3300
Cleveland, OH 44113

☐ None [*Check if applicable*]

January  8, 2025
_____

Date

/s/ Charles J. Sullivan (NDNY
_____

Charles J. Sullivan (NDNY 507717)

Signature of Attorney or Litigant
Counsel for    Crucible Industries LLC

Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
(315) 218-8000 Fax:(315) 218-8100
csullivan@bsk.com

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2024 to Filing Date | ■ Operating a business ☐ Other _____ | $50,614,555.69 |
| For prior year: From 1/01/2023 to 12/31/2023 | ■ Operating a business ☐ Other _____ | $73,832,032.70 |
| For year before that: From 1/01/2022 to 12/31/2022 | ■ Operating a business ☐ Other _____ | $79,555,117.13 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/01/2024 to Filing Date | Rental Income for Verizon Cell Tower | $29,888.69 |
| **For prior year:** From 1/01/2023 to 12/31/2023 | Rental Income for Verizon Cell Tower | $31,704.80 |
| **For year before that:** From 1/01/2022 to 12/31/2022 | Rental Income for Verizon Cell Tower | $30,782.53 |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   See Attached Schedule 1 | | $4,846,464.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   John Shiesley*<br>c/o Crucible Industries LLC<br>575 State Fair Boulevard<br>Solvay, NY 13209<br>President | 3/25/24;<br>8/9/24;<br>8/13/24;<br>8/30/24;<br>11/11/24;<br>12/10/24 | $10,980.10 | Expense/travel reimbursement for John Shiesley<br><br>*The Debtor is reporting payments made to Mr. Shiesley solely on the basis of his position with the Debtor and in the interest of full disclosure. Mr. Shiesley is not a corporate officer or director of the Debtor and nothing contained herein shall be deemed a concession or admission that he is an insider within the meaning of section 101(31) of the Bankruptcy Code. |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Endurance Metals LLC v. Crucible Industries LLC<br>2024-44018 | Breach of Contract | Harris County District Court, Texas<br>201 Caroline<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | G.O. Carlson, Inc. d/b/a Electralloy v. Crucible Industries, Inc.<br>009893/2024 | Breach of contract | NYS Supreme Court, Onondaga County<br>505 South State Street, Suite 110<br>Syracuse, NY 13202 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | Voss Metals Company, Inc. v. Crucible Industries LLC<br>002807/2024 | Breach of contract | NYS Supreme Court, Onondaga County<br>505 South State Street, Suite 110<br>Syracuse, NY 13202 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | Delmar Everson v. Crucible Industries, LLC | Discrimination case | NYS Division of Human Rights<br>One Fordham Plaza, Fourth Floor<br>Bronx, NY 10458 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Kendrick Rowser v. Crucible Industries LLC<br>EEOC #525-2023-01135 | | U.S. Equal Employment Opportunity Comm.<br>Buffalo Local Office<br>300 Pearl Street, Suite 450<br>Buffalo, NY 14202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Major Metals Corp. v. Crucible Industries LLC<br>011557/2024 | Collection proceeding | NYS Supreme Court, County of Onondaga<br>401 Montgomery Street<br>Syracuse, NY 13202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | BM Buffalo v. Crucible Industries, LLC<br>818400/2024 | Collection proceeding | NYS Supreme Court, Erie County<br>25 Delaware Avenue<br>Ground Floor<br>Buffalo, NY 14202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202 | Including pre-petition payments of $390,647.19 and retainer of $154,554.95 for case preparation, negotiations of asset purchase agreement related to sale and employee relations work under the WARN Act and other related issues | 10/2/24;<br>11/13/24;<br>12/9/24;<br>12/11/24 | $545,202.14 |

**Email or website address**
www.bsk.com

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Crucible Industries, LLC 401(k) Savings Plan | EIN:   27-0879794 |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | Michael Freer<br>c/o Crucible Industries LLC<br>575 State Fair Boulevard<br>Solvay, NY 13209 | 2009 - Present |
| 26a.2. | Firley, Moran, Freer & Eassa, CPA, P.C.<br>125 East Jefferson Street<br>Suite 920<br>Syracuse, NY 13202 | 2012 to present |
| 26a.3. | John Root<br>c/o Crucible Industries LLC<br>575 State Fair Boulevard<br>Solvay, NY 13209 | 2009 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
     within 2 years before filing this case.

     ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | Firley, Moran, Freer & Eassa<br>125  E. Jefferson Street<br>Suite 920<br>Syracuse, NY 13202 | 2012 to present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

     ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | Michael Freer<br>c/o Crucible Industries LLC<br>575 State Fair Boulevard<br>Solvay, NY 13209 | 2009 to present |
| 26c.2. | Firley, Moran, Freer & Eassa<br>125  E. Jefferson Street<br>Suite 920<br>Syracuse, NY 13202 | 2012 to present |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
     statement within 2 years before filing this case.

     ☐ None

| **Name and address** |
| --- |

| 26d.1. | KeyBank National Association<br>127 Public Square<br>Cleveland, OH 44114-1306 |
| --- | --- |
| 26d.2. | NY Urban Development Corporation<br>d/b/a Empire State Development<br>633 Third Avenue<br>New York, NY 10017 |
| 26d.3. | CX Industries LLC<br>50 Public Square<br>Suite 3300<br>Cleveland, OH 44113 |
| 26d.4. | NFP Property & Casualty Services<br>400 West Fourth Street<br>Suite 300<br>Royal Oak, MI 48067 |
| 26d.5. | Marsh USA Inc.<br>200 Public Square<br>Suite 3760<br>Cleveland, OH 44114 |
| 26d.6. | Brown & Brown of New York, Inc.<br>500 Plum Street<br>Suite 200<br>Syracuse, NY 13204 |
| 26d.7. | Coface<br>650 College Road East<br>Suite 2005<br>Princeton, NJ 08540 |
| 26d.8. | Eprofitguard<br>30200 Telegraph Road<br>Suite 450<br>Bingham Farms, MI 48025 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No
☑  Yes. Give the details about the two most recent inventories.

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
| --- | --- | --- | --- |
| 27.1. | Michael Freer | August 2024 | Inventory limited to raw materials and work in process |

| | **Name and address of the person who has possession of inventory records** |
| --- | --- |
| | Michael Freer<br>c/o Crucible Industries LLC<br>575 State Fair Boulevard<br>Solvay, NY 13209 |

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Michael Freer | September 2023 | Inventory limited to raw materials and work in process |

| Name and address of the person who has possession of inventory records |
|---|
| Michael Freer<br>c/o Crucible Industries LLC<br>575 State Fair Boulevard<br>Solvay, NY 13209 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CX Industries LLC | 50 Public Square<br>Suite 3300<br>Cleveland, OH 44113 | Sole Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jack Jankovic | c/o CX Industries LLC<br>50 Public Square<br>Suite 3300<br>Cleveland, OH 44113 | Chairman | Indirect through interest held in CX Industries LLC |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ara Hacet | 10312 Sterling Springs Road<br>Louisville, KY 40223 | Vice-Chairman | Indirect through interest held in CX Industries LLC |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jim Phillips | c/o CX Industries LLC<br>50 Public Square<br>Suite 3300<br>Cleveland, OH 44113 | Secretary and Treasurer | Indirect through interest held in CX Industries LLC |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Shiesley** | c/o Crucible Industries LLC<br>575 State Fair Boulevard<br>Syracuse, NY 13209 | President | Not applicable |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Freer** | c/o Crucible Industries, LLC<br>575 State Fair Boulevard<br>Solvay, NY 13209 | Chief Financial Officer | Not applicable |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Van Rossum** | c/o Crucible Industries LLC<br>575 State Fair Boulevard<br>Solvay, NY 13209 | Chief Restructuing Officer | Not applicable |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| ** | | **Each of Messrs. Shiesley, Freer and Van Rossum are listed here solely on the basis of their respective positions with the Debtor and in the interest of full disclosure.  None of the foregoing individuals are corporate officers or directors of the Debtor and nothing contained herein shall be deemed a concession or admission that such individuals are insiders within the meaning of section 101(31) of the Bankruptcy Code. | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Michael Freer *** c/o Crucible Industries LLC 575 State Fair Boulevard Solvay, NY 13209 | $166,450.65 | 12/16/23 - 12/12/24 | Salary |
| | **Relationship to debtor** Chief Financial Officer | | | |
| 30.2. | John Shiesley *** c/o Crucible Industries LLC 575 State Fair Boulevard Solvay, NY 13209 | $300,000.00 | 12/16/23 - 12/12/24 | Salary |
| | **Relationship to debtor** President | | | |
| 30.3. | David Van Rossum *** c/o Crucible Industries LLC 575 State Fair Boulevard Solvay, NY 13209 | $33,920.00 | 11/1/24 - 12/12/24 | Wages |
| | **Relationship to debtor** Chief Restructuring Officer | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. Erik Sadowski *** c/o Crucible Industries LLC 575 State Fair Boulevard Solvay, NY 13209 | $154,166.70 | 12/16/23 - 12/12/24 | Salary |
| **Relationship to debtor** Plant Manager | | | |
| 30.5. *** | ***The Debtor is reporting payments made to Messrs. Shiesley, Freer, Sadowski and Van Rossum solely on the basis of their respective positions with the Debtor and in the interest of full disclosure.  None of the foregoing individuals are corporate officers or directors of the Debtor and nothing contained herein shall be deemed a concession or admission that such individuals are insiders within the meaning of section 101(31) of the Bankruptcy Code. | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| CX Industries LLC | **EIN:**   27-0879663 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January  8, 2025

/s/ John Shiesley                                              John Shiesley
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**Crucible Industries LLC**
**Chapter 11 Case No. 24-31059**

**Statement of Financial Affairs - Item 3 (Payments to Creditors Within 90 Days of Petition Date)**

| Payee | CheckNo | CheckDate | Amount | CheckAmount | MailingAddress | MailingAddress2 | MailingCity | MailingState | MailingZip | MailingCountry |
|---|---|---|---|---|---|---|---|---|---|---|
| ABRASIVE-TOOL CORPORATION | 7055327 | 1-Nov-24 | $20,050.20 | $20,050.20 | 1555   EMERSON STREET | | ROCHESTER | NY | 14606-3197 | USA |
| ABRASIVE-TOOL CORPORATION | 7055367 | 22-Nov-24 | $9,160.28 | $9,160.28 | 1555   EMERSON STREET | | ROCHESTER | NY | 14606-3197 | USA |
| **ABRASIVE-TOOL CORPORATION Total** | | | **$29,210.48** | **$29,210.48** | | | | | | |
| | | | | | | | | | | |
| AMERICAN EXPRESS | Wire-4681 | 25-Sep-24 | $24,270.84 | $24,270.84 | P.O.BOX 1270 | | NEWARK | NJ | 07101-1270 | USA |
| AMERICAN EXPRESS | Wire-4721 | 22-Oct-24 | $17,740.91 | $17,740.91 | P.O.BOX 1270 | | NEWARK | NJ | 07101-1270 | USA |
| AMERICAN EXPRESS | Wire-4764 | 22-Nov-24 | $19,547.85 | $19,547.85 | P.O.BOX 1270 | | NEWARK | NJ | 07101-1270 | USA |
| **AMERICAN EXPRESS Total** | | | **$61,559.60** | **$61,559.60** | | | | | | |
| | | | | | | | | | | |
| AQUATROL TECHNOLOGIES INC | 7055346 | 8-Nov-24 | $12,271.91 | $12,271.91 | P O BOX 2786 | | SYRACUSE | NY | 13220 | USA |
| **AQUATROL TECHNOLOGIES INC Total** | | | **$12,271.91** | **$12,271.91** | | | | | | |
| | | | | | | | | | | |
| ASK CHEMICALS LLC | 7055263 | 13-Sep-24 | $17,495.00 | $17,495.00 | PO BOX 645847 | | CINCINNATI | OH | 45264-5847 | USA |
| **ASK CHEMICALS LLC Total** | | | **$17,495.00** | **$17,495.00** | | | | | | |
| | | | | | | | | | | |
| BLAST CLEANING TECHNOLOGIES | Wire-4666 | 13-Sep-24 | $4,820.00 | $4,820.00 | 6682 W. GREENFIELD AVE | | MILWAUKEE | WI | 53214 | USA |
| BLAST CLEANING TECHNOLOGIES | 7055340 | 7-Nov-24 | $9,770.00 | $9,770.00 | 6682 W. GREENFIELD AVE | | MILWAUKEE | WI | 53214 | USA |
| **BLAST CLEANING TECHNOLOGIES Total** | | | **$14,590.00** | **$14,590.00** | | | | | | |
| | | | | | | | | | | |
| BODYCOTE IMT INC | Wire-4694 | 1-Oct-24 | $57,323.08 | $57,323.08 | P O BOX 712557 | | PHILADELPHIA | PA | 19171-2557 | USA |
| BODYCOTE IMT INC | Wire-4703 | 8-Oct-24 | $74,859.30 | $74,859.30 | P O BOX 712557 | | PHILADELPHIA | PA | 19171-2557 | USA |
| BODYCOTE IMT INC | Wire-4713 | 16-Oct-24 | $53,465.00 | $53,465.00 | P O BOX 712557 | | PHILADELPHIA | PA | 19171-2557 | USA |
| **BODYCOTE IMT INC Total** | | | **$185,647.38** | **$185,647.38** | | | | | | |
| | | | | | | | | | | |
| BOND, SHOENECK & KING, PLLC | Wire-4696 | 2-Oct-24 | $50,000.00 | $50,000.00 | PO BOX 11607 | | SYRACUSE | NY | 13218 | USA |
| BOND, SHOENECK & KING, PLLC | Wire-4750 | 13-Nov-24 | $65,875.14 | $65,875.14 | PO BOX 11607 | | SYRACUSE | NY | 13218 | USA |
| BOND, SHOENECK & KING, PLLC | Wire-4791 | 9-Dec-24 | $179,327.00 | $179,327.00 | PO BOX 11607 | | SYRACUSE | NY | 13218 | USA |
| BOND, SHOENECK & KING, PLLC | Wire-4793 | 11-Dec-24 | $250,000.00 | $250,000.00 | PO BOX 11607 | | SYRACUSE | NY | 13218 | USA |
| **BOND, SHOENECK & KING, PLLC Total** | | | **$545,202.14** | **$545,202.14** | | | | | | |
| | | | | | | | | | | |
| COMMERCIAL CREDIT GROUP | Wire-4702 | 7-Oct-24 | $4,770.00 | $4,770.00 | PO BOX 60121 | | CHARLOTTE | NC | 28260-0121 | USA |
| COMMERCIAL CREDIT GROUP | Wire-4745 | 5-Nov-24 | $4,770.00 | $4,770.00 | PO BOX 60121 | | CHARLOTTE | NC | 28260-0121 | USA |
| COMMERCIAL CREDIT GROUP | Wire-4790 | 5-Dec-24 | $4,770.00 | $4,770.00 | PO BOX 60121 | | CHARLOTTE | NC | 28260-0121 | USA |
| **COMMERCIAL CREDIT GROUP Total** | | | **$14,310.00** | **$14,310.00** | | | | | | |
| | | | | | | | | | | |
| CONSTELLATION NEW ENERGY, INC. | 7055273 | 17-Sep-24 | $130,868.26 | $130,868.26 | PO BOX 4640 | | STREAM | IL | 60197-4640 | USA |
| CONSTELLATION NEW ENERGY, INC. | 7055339 | 7-Nov-24 | $138,093.39 | $138,093.39 | PO BOX 4640 | | STREAM | IL | 60197-4640 | USA |
| **CONSTELLATION NEW ENERGY, INC. Total** | | | **$268,961.65** | **$268,961.65** | | | | | | |
| | | | | | | | | | | |
| DIVAL SAFETY EQUIPMENT INC | 7055293 | 2-Oct-24 | $3,881.61 | $3,881.61 | 1721 NIAGARA ST | | BUFFALO | NY | 14207 | USA |
| DIVAL SAFETY EQUIPMENT INC | 7055359 | 19-Nov-24 | $4,061.29 | $4,061.29 | 1721 NIAGARA ST | | BUFFALO | NY | 14207 | USA |
| **DIVAL SAFETY EQUIPMENT INC Total** | | | **$7,942.90** | **$7,942.90** | | | | | | |
| | | | | | | | | | | |
| ELECTRALLOY | Wire-4792 | 9-Dec-24 | $50,000.00 | $50,000.00 | INC/ELECTRALLOY | PO BOX 6199 | HERMITAGE | PA | 16148-0922 | USA |
| **ELECTRALLOY Total** | | | **$50,000.00** | **$50,000.00** | | | | | | |
| | | | | | | | | | | |
| EXCELLUS HEALTH PLAN -GROUP | 7055274 | 17-Sep-24 | $125,163.97 | $125,163.97 | PO BOX 5266 | | BINGHAMTON | NY | 13902-5266 | USA |
| EXCELLUS HEALTH PLAN -GROUP | 7055305 | 15-Oct-24 | $126,561.22 | $126,561.22 | PO BOX 5266 | | BINGHAMTON | NY | 13902-5266 | USA |

| Name | Ref | Date | Amount | Amount2 | Address | Suite/Street | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| EXCELLUS HEALTH PLAN -GROUP | 7055354 | 18-Nov-24 | $122,603.32 | $122,603.32 | PO BOX 5266 | | BINGHAMTON | NY | 13902-5266 | USA |
| **EXCELLUS HEALTH PLAN -GROUP Total** | | | **$374,328.51** | **$374,328.51** | | | | | | |
| | | | | | | | | | | |
| FIDELITY INVESTMENTS | Wire-4667 | 17-Sep-24 | $17,388.38 | $17,388.38 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4668 | 18-Sep-24 | $18,882.64 | $18,882.64 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4676 | 24-Sep-24 | $20,719.74 | $20,719.74 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4689 | 1-Oct-24 | $17,672.10 | $17,672.10 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4690 | 2-Oct-24 | $18,560.31 | $18,560.31 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4692 | 8-Oct-24 | $19,330.23 | $19,330.23 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4707 | 15-Oct-24 | $18,206.19 | $18,206.19 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4709 | 16-Oct-24 | $15,213.36 | $15,213.36 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4715 | 22-Oct-24 | $16,077.26 | $16,077.26 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4727 | 29-Oct-24 | $15,247.49 | $15,247.49 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4730 | 4-Nov-24 | $12,519.52 | $12,519.52 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4731 | 5-Nov-24 | $12,927.51 | $12,927.51 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4735 | 12-Nov-24 | $12,869.61 | $12,869.61 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4755 | 19-Nov-24 | $11,880.76 | $11,880.76 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4754 | 19-Nov-24 | $12,455.47 | $12,455.47 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4768 | 26-Nov-24 | $21,304.23 | $21,304.23 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4770 | 3-Dec-24 | $12,709.90 | $12,709.90 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4771 | 3-Dec-24 | $13,721.72 | $13,721.72 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| FIDELITY INVESTMENTS | Wire-4774 | 11-Dec-24 | $12,778.49 | $12,778.49 | OPERATIONS COMPANY, | P.O. BOX 73307 | CHICAGO | IL | 60673-7307 | USA |
| **FIDELITY INVESTMENTS Total** | | | **$300,464.91** | **$300,464.91** | | | | | | |
| | | | | | | | | | | |
| FIRST INSURANCE FUNDING | Wire-4725 | 23-Oct-24 | $295,629.66 | $295,629.66 | 450 SKOKIE BLVD | SUITE 1000 | NORTHBROOK | IL | 60062-7917 | USA |
| FIRST INSURANCE FUNDING | Wire-4759 | 19-Nov-24 | $7,056.90 | $7,056.90 | 450 SKOKIE BLVD | SUITE 1000 | NORTHBROOK | IL | 60062-7917 | USA |
| FIRST INSURANCE FUNDING | Wire-4784 | 3-Dec-24 | $96,393.51 | $96,393.51 | 450 SKOKIE BLVD | SUITE 1000 | NORTHBROOK | IL | 60062-7917 | USA |
| **FIRST INSURANCE FUNDING Total** | | | **$399,080.07** | **$399,080.07** | | | | | | |
| | | | | | | | | | | |
| FRANCISCO MACHINE AND DESIGN LLC | 7055284 | 27-Sep-24 | $6,593.50 | $6,593.50 | 5077 WEBSTER MILE DR | | SYRACUSE | NY | 13215 | USA |
| FRANCISCO MACHINE AND DESIGN LLC | 7055321 | 24-Oct-24 | $7,040.00 | $7,040.00 | 5077 WEBSTER MILE DR | | SYRACUSE | NY | 13215 | USA |
| FRANCISCO MACHINE AND DESIGN LLC | 7055347 | 11-Nov-24 | $2,800.00 | $2,800.00 | 5077 WEBSTER MILE DR | | SYRACUSE | NY | 13215 | USA |
| FRANCISCO MACHINE AND DESIGN LLC | 7055369 | 25-Nov-24 | $12,190.00 | $12,190.00 | 5077 WEBSTER MILE DR | | SYRACUSE | NY | 13215 | USA |
| **FRANCISCO MACHINE AND DESIGN LLC Total** | | | **$28,623.50** | **$28,623.50** | | | | | | |
| | | | | | | | | | | |
| H. F. BROWN MACHINE CO., INC | 7055279 | 18-Sep-24 | $10,000.00 | $10,000.00 | P O BOX 849 | STREET | UTICA | NY | 13502 | USA |
| **H. F. BROWN MACHINE CO., INC Total** | | | **$10,000.00** | **$10,000.00** | | | | | | |
| | | | | | | | | | | |
| HAUN WELDING SUPPLY INC. | 7055299 | 4-Oct-24 | $8,609.96 | $8,609.96 | 5921 COURT STREET ROAD | | SYRACUSE | NY | 13206 | USA |
| **HAUN WELDING SUPPLY INC. Total** | | | **$8,609.96** | **$8,609.96** | | | | | | |
| | | | | | | | | | | |
| HSA BANK | Wire-4670 | 19-Sep-24 | $6,369.20 | $6,369.20 | P.O. BOX  939 | | SHEBOYGAN | WI | 53082 | USA |
| HSA BANK | Wire-4677 | 26-Sep-24 | $2,313.57 | $2,313.57 | P.O. BOX  939 | | SHEBOYGAN | WI | 53082 | USA |
| HSA BANK | Wire-4705 | 10-Oct-24 | $55,285.11 | $55,285.11 | P.O. BOX  939 | | SHEBOYGAN | WI | 53082 | USA |
| HSA BANK | Wire-4716 | 24-Oct-24 | $6,289.03 | $6,289.03 | P.O. BOX  939 | | SHEBOYGAN | WI | 53082 | USA |
| HSA BANK | Wire-4732 | 7-Nov-24 | $5,683.06 | $5,683.06 | P.O. BOX  939 | | SHEBOYGAN | WI | 53082 | USA |
| HSA BANK | Wire-4757 | 21-Nov-24 | $4,832.00 | $4,832.00 | P.O. BOX  939 | | SHEBOYGAN | WI | 53082 | USA |
| HSA BANK | Wire-4773 | 3-Dec-24 | $5,113.64 | $5,113.64 | P.O. BOX  939 | | SHEBOYGAN | WI | 53082 | USA |
| **HSA BANK Total** | | | **$85,885.61** | **$85,885.61** | | | | | | |
| | | | | | | | | | | |
| HYG FINANCIAL SERVICES, INC. | Wire-4679 | 24-Sep-24 | $2,678.28 | $2,678.28 | PO BOX 77102 | | MINNEAPOLIS | MN | 55480-7102 | USA |
| HYG FINANCIAL SERVICES, INC. | Wire-4698 | 2-Oct-24 | $2,274.14 | $2,274.14 | PO BOX 77102 | | MINNEAPOLIS | MN | 55480-7102 | USA |
| HYG FINANCIAL SERVICES, INC. | Wire-4720 | 22-Oct-24 | $2,678.28 | $2,678.28 | PO BOX 77102 | | MINNEAPOLIS | MN | 55480-7102 | USA |
| HYG FINANCIAL SERVICES, INC. | Wire-4741 | 4-Nov-24 | $2,274.14 | $2,274.14 | PO BOX 77102 | | MINNEAPOLIS | MN | 55480-7102 | USA |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HYG FINANCIAL SERVICES, INC. | Wire-4765 | 22-Nov-24 | $2,678.28 | $2,678.28 | PO BOX 77102 | | MINNEAPOLIS | MN | 55480-7102 | USA |
| HYG FINANCIAL SERVICES, INC. | Wire-4788 | 3-Dec-24 | $2,274.14 | $2,274.14 | PO BOX 77102 | | MINNEAPOLIS | MN | 55480-7102 | USA |
| **HYG FINANCIAL SERVICES, INC. Total** | | | **$14,857.26** | **$14,857.26** | | | | | | |
| | | | | | | | | | | |
| INDUSTRIAL FABRICATING CORP | 7055280 | 23-Sep-24 | $19,005.00 | $19,005.00 | 6201   EAST MOLLOY ROAD | | SYRACUSE | NY | 13057 | USA |
| INDUSTRIAL FABRICATING CORP | 7055287 | 30-Sep-24 | $20,995.00 | $20,995.00 | 6201   EAST MOLLOY ROAD | | SYRACUSE | NY | 13057 | USA |
| INDUSTRIAL FABRICATING CORP | 7055300 | 7-Oct-24 | $12,964.00 | $12,964.00 | 6201   EAST MOLLOY ROAD | | SYRACUSE | NY | 13057 | USA |
| INDUSTRIAL FABRICATING CORP | 7055313 | 17-Oct-24 | $12,105.00 | $12,105.00 | 6201   EAST MOLLOY ROAD | | SYRACUSE | NY | 13057 | USA |
| INDUSTRIAL FABRICATING CORP | 7055316 | 23-Oct-24 | $19,817.00 | $19,817.00 | 6201   EAST MOLLOY ROAD | | SYRACUSE | NY | 13057 | USA |
| INDUSTRIAL FABRICATING CORP | 7055322 | 25-Oct-24 | $10,915.00 | $10,915.00 | 6201   EAST MOLLOY ROAD | | SYRACUSE | NY | 13057 | USA |
| INDUSTRIAL FABRICATING CORP | 7055337 | 7-Nov-24 | $15,790.00 | $15,790.00 | 6201   EAST MOLLOY ROAD | | SYRACUSE | NY | 13057 | USA |
| INDUSTRIAL FABRICATING CORP | 7055348 | 14-Nov-24 | $13,800.00 | $13,800.00 | 6201   EAST MOLLOY ROAD | | SYRACUSE | NY | 13057 | USA |
| INDUSTRIAL FABRICATING CORP | 7055363 | 22-Nov-24 | $17,780.00 | $17,780.00 | 6201   EAST MOLLOY ROAD | | SYRACUSE | NY | 13057 | USA |
| INDUSTRIAL FABRICATING CORP | 7055378 | 5-Dec-24 | $22,690.00 | $22,690.00 | 6201   EAST MOLLOY ROAD | | SYRACUSE | NY | 13057 | USA |
| **INDUSTRIAL FABRICATING CORP Total** | | | **$165,861.00** | **$165,861.00** | | | | | | |
| | | | | | | | | | | |
| YORK | Wire-4699 | 2-Oct-24 | $10,375.44 | $10,375.44 | P.O. BOX 7247-0347 | | PHILADELPHIA | PA | 19170-0347 | USA |
| YORK | Wire-4740 | 4-Nov-24 | $9,932.38 | $9,932.38 | P.O. BOX 7247-0347 | | PHILADELPHIA | PA | 19170-0347 | USA |
| YORK | Wire-4783 | 2-Dec-24 | $9,424.48 | $9,424.48 | P.O. BOX 7247-0347 | | PHILADELPHIA | PA | 19170-0347 | USA |
| **YORK Total** | | | **$29,732.30** | **$29,732.30** | | | | | | |
| | | | | | | | | | | |
| MEDART INC | 7055328 | 1-Nov-24 | $12,720.00 | $12,720.00 | 199 CLYDE STREET | | CITY | PA | 16117 | USA |
| **MEDART INC Total** | | | **$12,720.00** | **$12,720.00** | | | | | | |
| | | | | | | | | | | |
| MESSER | Wire-4683 | 27-Sep-24 | $83,334.93 | $83,334.93 | 88718 EXPEDITE WAY | | CHICAGO | IL | 60695-1700 | USA |
| MESSER | Wire-4749 | 12-Nov-24 | $191,880.75 | $191,880.75 | 88718 EXPEDITE WAY | | CHICAGO | IL | 60695-1700 | USA |
| MESSER | Wire-4789 | 5-Dec-24 | $101,258.36 | $101,258.36 | 88718 EXPEDITE WAY | | CHICAGO | IL | 60695-1700 | USA |
| **MESSER Total** | | | **$376,474.04** | **$376,474.04** | | | | | | |
| | | | | | | | | | | |
| METAL & MINERAL PROCESSING, INC | 7055360 | 20-Nov-24 | $145,267.92 | $145,267.92 | PO BOX 27 | | RAMSEY | NJ | 07446 | USA |
| **METAL & MINERAL PROCESSING, INC Total** | | | **$145,267.92** | **$145,267.92** | | | | | | |
| | | | | | | | | | | |
| N E T & DIE INC | 7055268 | 13-Sep-24 | $39,908.76 | $39,908.76 | PO BOX  240 | | FULTON | NY | 13069 | USA |
| **N E T & DIE INC Total** | | | **$39,908.76** | **$39,908.76** | | | | | | |
| | | | | | | | | | | |
| NIOBEC INC | Wire-4761 | 20-Nov-24 | $84,684.60 | $84,684.60 | 3400 COLUMBIUM ROAD | | DE- | QC | G0V 1L0 | CANADA |
| **NIOBEC INC Total** | | | **$84,684.60** | **$84,684.60** | | | | | | |
| | | | | | | | | | | |
| NOCO ENERGY CORP.-FUELS | 7055375 | 3-Dec-24 | $7,948.08 | $7,948.08 | DEPARTMENT # 116218 | P.O. BOX 5211 | BINGHAMTON | NY | 13902-5211 | USA |
| **NOCO ENERGY CORP.-FUELS Total** | | | **$7,948.08** | **$7,948.08** | | | | | | |
| | | | | | | | | | | |
| NORTHLAND COMMUNICATIONS INC | 7055278 | 18-Sep-24 | $5,540.65 | $5,540.65 | PO BOX 419 | | PATENT | NY | 13354-0419 | USA |
| NORTHLAND COMMUNICATIONS INC | 7055376 | 3-Dec-24 | $4,017.16 | $4,017.16 | PO BOX 419 | | PATENT | NY | 13354-0419 | USA |
| **NORTHLAND COMMUNICATIONS INC Total** | | | **$9,557.81** | **$9,557.81** | | | | | | |
| | | | | | | | | | | |
| PROFOUND ALLOYS, LLC | Wire-4684 | 27-Sep-24 | $63,472.15 | $63,472.15 | 6000 WATERDAM PLAZA DR | SUITE 240 | MCMURRAY | PA | 15317 | USA |
| **PROFOUND ALLOYS, LLC Total** | | | **$63,472.15** | **$63,472.15** | | | | | | |
| | | | | | | | | | | |
| QUALITY AND ENVIRONMENTAL MANAGEMENT | 7055304 | 14-Oct-24 | $2,902.50 | $2,902.50 | 4256 COLORADO RUN | | SYRACUSE | NY | 13215 | USA |
| QUALITY AND ENVIRONMENTAL MANAGEMENT | 7055330 | 1-Nov-24 | $3,105.00 | $3,105.00 | 4256 COLORADO RUN | | SYRACUSE | NY | 13215 | USA |
| QUALITY AND ENVIRONMENTAL MANAGEMENT | 7055377 | 4-Dec-24 | $2,632.50 | $2,632.50 | 4256 COLORADO RUN | | SYRACUSE | NY | 13215 | USA |
| **Total** | | | **$8,640.00** | **$8,640.00** | | | | | | |
| | | | | | | | | | | |
| RUMETCO SALES INC | 7055281 | 25-Sep-24 | $7,133.04 | $7,133.04 | 610 WEST BEAR ST | | SYRACUSE | NY | 13204 | USA |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RUMETCO SALES INC | 7055320 | 24-Oct-24 | $9,919.72 | $9,919.72 | 610 WEST BEAR ST | | SYRACUSE | NY | 13204 | USA |
| RUMETCO SALES INC | 7055343 | 7-Nov-24 | $7,675.05 | $7,675.05 | 610 WEST BEAR ST | | SYRACUSE | NY | 13204 | USA |
| RUMETCO SALES INC | 7055368 | 22-Nov-24 | $4,141.52 | $4,141.52 | 610 WEST BEAR ST | | SYRACUSE | NY | 13204 | USA |
| **RUMETCO SALES INC Total** | | | **$28,869.33** | **$28,869.33** | | | | | | |
| | | | | | | | | | | |
| SB SPECIALTY METALS LLC | 7055325 | 25-Oct-24 | $25,012.48 | $25,012.48 | PO BOX 7410681 | | CHICAGO | IL | 60674-0681 | USA |
| SB SPECIALTY METALS LLC | 7055351 | 14-Nov-24 | $937.84 | $937.84 | PO BOX 7410681 | | CHICAGO | IL | 60674-0681 | USA |
| **SB SPECIALTY METALS LLC Total** | | | **$25,950.32** | **$25,950.32** | | | | | | |
| | | | | | | | | | | |
| SPRAGUE OPERATING RESOURCES LLC | 7055275 | 17-Sep-24 | $65,642.23 | $65,642.23 | PO BOX 782532 | | PHILADELPHIA | PA | 19178-2532 | USA |
| SPRAGUE OPERATING RESOURCES LLC | 7055353 | 15-Nov-24 | $67,710.01 | $67,710.01 | PO BOX 782532 | | PHILADELPHIA | PA | 19178-2532 | USA |
| **SPRAGUE OPERATING RESOURCES LLC Total** | | | **$133,352.24** | **$133,352.24** | | | | | | |
| | | | | | | | | | | |
| STRATEGIC ALLOYS LLC | Wire-4673 | 17-Sep-24 | $66,726.87 | $66,726.87 | 446 QUAIL RIDGE DRIVE | VENEZIA | NATIONAL | AR | 71901 | USA |
| STRATEGIC ALLOYS LLC | Wire-4712 | 16-Oct-24 | $66,726.87 | $66,726.87 | 446 QUAIL RIDGE DRIVE | VENEZIA | NATIONAL | AR | 71901 | USA |
| **STRATEGIC ALLOYS LLC Total** | | | **$133,453.74** | **$133,453.74** | | | | | | |
| | | | | | | | | | | |
| SUN ENVIRONMENTAL CORP. | 7055307 | 16-Oct-24 | $35,577.74 | $35,577.74 | DRIVE | | LIVERPOOL | NY | 13088 | USA |
| SUN ENVIRONMENTAL CORP. | 7055329 | 1-Nov-24 | $24,354.71 | $24,354.71 | DRIVE | | LIVERPOOL | NY | 13088 | USA |
| SUN ENVIRONMENTAL CORP. | 7055349 | 14-Nov-24 | $25,628.52 | $25,628.52 | DRIVE | | LIVERPOOL | NY | 13088 | USA |
| SUN ENVIRONMENTAL CORP. | 7055366 | 22-Nov-24 | $28,424.72 | $28,424.72 | DRIVE | | LIVERPOOL | NY | 13088 | USA |
| **SUN ENVIRONMENTAL CORP. Total** | | | **$113,985.69** | **$113,985.69** | | | | | | |
| | | | | | | | | | | |
| TARGET FREIGHT MANAGEMENT | Wire-4665 | 13-Sep-24 | $24,287.33 | $24,287.33 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4669 | 20-Sep-24 | $22,864.27 | $22,864.27 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4691 | 4-Oct-24 | $34,120.33 | $34,120.33 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4706 | 11-Oct-24 | $23,390.88 | $23,390.88 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4714 | 18-Oct-24 | $17,593.19 | $17,593.19 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4717 | 25-Oct-24 | $12,167.03 | $12,167.03 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4729 | 1-Nov-24 | $15,024.27 | $15,024.27 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4733 | 8-Nov-24 | $23,813.85 | $23,813.85 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4736 | 15-Nov-24 | $44,548.15 | $44,548.15 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4758 | 22-Nov-24 | $9,340.81 | $9,340.81 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4769 | 29-Nov-24 | $21,353.21 | $21,353.21 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| TARGET FREIGHT MANAGEMENT | Wire-4772 | 6-Dec-24 | $15,168.22 | $15,168.22 | PARKWAY | | AMHERST | NY | 14228-1185 | USA |
| **TARGET FREIGHT MANAGEMENT Total** | | | **$263,671.54** | **$263,671.54** | | | | | | |
| | | | | | | | | | | |
| TCF NATIONAL BANK | Wire-4671 | 17-Sep-24 | $1,784.85 | $1,784.85 | 11100 WAYZATA BLVD | SUITE 801 | HOPKINS | MN | 55305 | USA |
| TCF NATIONAL BANK | Wire-4711 | 16-Oct-24 | $1,784.85 | $1,784.85 | 11100 WAYZATA BLVD | SUITE 801 | HOPKINS | MN | 55305 | USA |
| TCF NATIONAL BANK | Wire-4737 | 31-Oct-24 | $2,122.00 | $2,122.00 | 11100 WAYZATA BLVD | SUITE 801 | HOPKINS | MN | 55305 | USA |
| TCF NATIONAL BANK | Wire-4744 | 5-Nov-24 | $2,122.00 | $2,122.00 | 11100 WAYZATA BLVD | SUITE 801 | HOPKINS | MN | 55305 | USA |
| TCF NATIONAL BANK | Wire-4752 | 15-Nov-24 | $1,784.85 | $1,784.85 | 11100 WAYZATA BLVD | SUITE 801 | HOPKINS | MN | 55305 | USA |
| TCF NATIONAL BANK | Wire-4785 | 3-Dec-24 | $2,122.00 | $2,122.00 | 11100 WAYZATA BLVD | SUITE 801 | HOPKINS | MN | 55305 | USA |
| **TCF NATIONAL BANK Total** | | | **$11,720.55** | **$11,720.55** | | | | | | |
| | | | | | | | | | | |
| TEAM VIEWER | 7055277 | 18-Sep-24 | $10,497.71 | $10,497.71 | P.O. BOX 743135 | | ATLANTA | GA | 30374-3135 | USA |
| **TEAM VIEWER Total** | | | **$10,497.71** | **$10,497.71** | | | | | | |
| | | | | | | | | | | |
| THERMO FISHER FINANCIAL SERVICES,INC | Wire-4672 | 17-Sep-24 | $3,940.43 | $3,940.43 | 168 THIRD AVENUE | | WALTHAM | MA | 02451 | USA |
| THERMO FISHER FINANCIAL SERVICES,INC | Wire-4718 | 18-Oct-24 | $3,940.43 | $3,940.43 | 168 THIRD AVENUE | | WALTHAM | MA | 02451 | USA |
| THERMO FISHER FINANCIAL SERVICES,INC | Wire-4753 | 18-Nov-24 | $3,940.43 | $3,940.43 | 168 THIRD AVENUE | | WALTHAM | MA | 02451 | USA |
| **THERMO FISHER FINANCIAL SERVICES,INC Total** | | | **$11,821.29** | **$11,821.29** | | | | | | |
| | | | | | | | | | | |
| TREIBACHER INDUSTRIE AG | Wire-4747 | 8-Nov-24 | $230,559.13 | $230,559.13 | STRASSE 1 | TREIBACH- | | | | AUSTRIA |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TREIBACHER INDUSTRIE AG Total** | | | **$230,559.13** | **$230,559.13** | | | | | | |
| | | | | | | | | | | |
| UNITED STATES FIRE INSURANCE | 7055303 | 10-Oct-24 | $99,810.69 | $99,810.69 | PO BOX 29898 | | NEW YORK | NY | 10087-9898 | USA |
| UNITED STATES FIRE INSURANCE | 7055315 | 21-Oct-24 | $23,164.50 | $23,164.50 | PO BOX 29898 | | NEW YORK | NY | 10087-9898 | USA |
| **UNITED STATES FIRE INSURANCE Total** | | | **$122,975.19** | **$122,975.19** | | | | | | |
| | | | | | | | | | | |
| UNITED STEELWORKERS | 7055296 | 3-Oct-24 | $9,398.56 | $9,398.56 | P O BOX 644485 | | PITTSBURGH | PA | 15264-4485 | USA |
| **UNITED STEELWORKERS Total** | | | **$9,398.56** | **$9,398.56** | | | | | | |
| | | | | | | | | | | |
| UPSTATE REFRACTORY SERVICES INC | 7055295 | 3-Oct-24 | $20,240.08 | $20,240.08 | 100 ERIE BLVD | | NEWARK | NY | 14513 | USA |
| UPSTATE REFRACTORY SERVICES INC | 7055314 | 18-Oct-24 | $22,433.14 | $22,433.14 | 100 ERIE BLVD | | NEWARK | NY | 14513 | USA |
| UPSTATE REFRACTORY SERVICES INC | 7055317 | 23-Oct-24 | $16,522.88 | $16,522.88 | 100 ERIE BLVD | | NEWARK | NY | 14513 | USA |
| UPSTATE REFRACTORY SERVICES INC | 7055338 | 7-Nov-24 | $10,638.50 | $10,638.50 | 100 ERIE BLVD | | NEWARK | NY | 14513 | USA |
| UPSTATE REFRACTORY SERVICES INC | 7055379 | 5-Dec-24 | $8,194.20 | $8,194.20 | 100 ERIE BLVD | | NEWARK | NY | 14513 | USA |
| **UPSTATE REFRACTORY SERVICES INC Total** | | | **$78,028.80** | **$78,028.80** | | | | | | |
| | | | | | | | | | | |
| US FIRE INSURANCE | 7055294 | 2-Oct-24 | $30,994.00 | $30,994.00 | PO BOX 29898 | | NEW YORK | NY | 10087-9898 | USA |
| **US FIRE INSURANCE Total** | | | **$30,994.00** | **$30,994.00** | | | | | | |
| | | | | | | | | | | |
| VERITAS ALLOYS & METALS LLC | Wire-4682 | 27-Sep-24 | $39,557.44 | $39,557.44 | 230 GRANGE ROAD | | ROCHESTER | PA | 15074 | USA |
| VERITAS ALLOYS & METALS LLC | Wire-4751 | 14-Nov-24 | $144,815.93 | $144,815.93 | 230 GRANGE ROAD | | ROCHESTER | PA | 15074 | USA |
| **VERITAS ALLOYS & METALS LLC Total** | | | **$184,373.37** | **$184,373.37** | | | | | | |
| | | | | | | | | | | |
| VOLVO FINANCIAL SERVICES | Wire-4674 | 20-Sep-24 | $3,617.57 | $3,617.57 | PO BOX 7247-0236 | | PHILADELPHIA | PA | 19170-0236 | USA |
| VOLVO FINANCIAL SERVICES | Wire-4719 | 21-Oct-24 | $3,617.57 | $3,617.57 | PO BOX 7247-0236 | | PHILADELPHIA | PA | 19170-0236 | USA |
| VOLVO FINANCIAL SERVICES | Wire-4760 | 20-Nov-24 | $3,617.57 | $3,617.57 | PO BOX 7247-0236 | | PHILADELPHIA | PA | 19170-0236 | USA |
| **VOLVO FINANCIAL SERVICES Total** | | | **$10,852.71** | **$10,852.71** | | | | | | |
| | | | | | | | | | | |
| WASTE MANAGEMENT OF SYRACUSE | Wire-4680 | 25-Sep-24 | $6,596.21 | $6,596.21 | P O BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | USA |
| WASTE MANAGEMENT OF SYRACUSE | Wire-4723 | 23-Oct-24 | $6,534.03 | $6,534.03 | P O BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | USA |
| WASTE MANAGEMENT OF SYRACUSE | Wire-4781 | 26-Nov-24 | $6,030.81 | $6,030.81 | P O BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | USA |
| **WASTE MANAGEMENT OF SYRACUSE Total** | | | **$19,161.05** | **$19,161.05** | | | | | | |
| | | | | | | | | | | |
| WILLEY LUMBER COMPANY | 7055306 | 15-Oct-24 | $8,359.25 | $8,359.25 | 100 HARTWELL AVENUE | | SYRACUSE | NY | 13057 | USA |
| WILLEY LUMBER COMPANY | 7055319 | 23-Oct-24 | $3,675.75 | $3,675.75 | 100 HARTWELL AVENUE | | SYRACUSE | NY | 13057 | USA |
| **WILLEY LUMBER COMPANY Total** | | | **$12,035.00** | **$12,035.00** | | | | | | |
| | | | | | | | | | | |
| WOGEN RESOURCES LTD | Wire-4746 | 8-Nov-24 | $32,131.77 | $32,131.77 | 4 THE SANCTUARY | WESTMINSTER | LONDON | | SW1P 3JS | KINGDOM |
| **WOGEN RESOURCES LTD Total** | | | **$32,131.77** | **$32,131.77** | | | | | | |
| | | | | | | | | | | |
| WS HAMPSHIRE INC. | 7055372 | 25-Nov-24 | $9,325.00 | $9,325.00 | 365 KEYES AVENUE | | HAMPSHIRE | IL | 60140 | USA |
| **WS HAMPSHIRE INC. Total** | | | **$9,325.00** | **$9,325.00** | | | | | | |
| | | | | | | | | | | |
| **Grand Total** | | | **$4,846,464.53** | **$4,846,464.53** | | | | | | |